Home (/)  >  New Application Instructions

# New Application Instructions

As of January 1, 2018, the NYPD License Division will only be accepting on-line applications for handgun licenses, rifle/shotgun permits, and renewals.  Applications on paper will no longer be accepted.

If you require assistance regarding a handgun license application, please call the License Division, during normal business hours, at (646) 610-5560.  For rifle/shotgun license applications, call (718) 520-9300.

**Please read these instructions before applying for a license or permit.**

**Application and renewal fees are non-refundable.**

<u>**Current or Former Licensees or Permit Holders**</u>
If you currently have, or have ever had, a license or permit from the New York City Police Department License Division and you wish to apply for an additional handgun license or rifle/shotgun permit, you must contact the License Division at (646) 610-5551 for further instructions before registering your account.


<u>**Overview of Handgun License and Rifle/Shotgun Permit On-Line Application Process**</u>

1. Determine the TYPE OF LICENSE OR PERMIT for which you would like to submit an application (Premise Residence, Premise Business, Carry Business, Carry Guard/Security, Limited Carry, Gun Custodian, Retired Law Enforcement Officer, Special Carry, or Rifle/Shotgun permit). See below for a brief description of each type of license.  The license/permit term is three years.  Licenses/permits must be renewed every three years.
2. Be aware of ELIGIBILITY REQUIREMENTS set forth in federal, state, and local law.  Some of the main requirements are that you must be at least 21 years of age, of good moral character, and not in a condition -- mental or physical -- that would make it unsafe for you to possess a firearm.  A background check is conducted, in which numerous factors are considered, including, but not limited to, any history of arrests, summonses, domestic violence, orders of protection, mental illness, or mental/physical conditions and any medications taken in connection therewith.  (Relevant statutes and rules include, but are not limited to, New York State Penal Law Section 400.00; Title 18 of the United States Code, Sections 921 and 922; Title 10 of the New York City Administrative Code, Section 301, and the sections immediately thereafter; and Title 38 of the Rules of the City of New York, particularly Chapters 3 and 5).
3. Review LICENSE APPLICATION FEES.  The application fee for a handgun license and for renewal is $340 (three hundred and forty dollars).  The application fee for a Rifle/Shotgun permit is $140 (one hundred and forty dollars).  The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents).  Fees must be paid by credit card or money order (Postal or U.S. Bank). Money orders should be made payable to the "New York City Police Department."

Certain retired law enforcement officers who were employed in New York State are not required to pay the handgun license application fee; however, all applicants must pay the fingerprint fee. In addition, all applicants for a rifle/shotgun permit must pay the application fee.

After you have determined the type of license or permit for which you wish to apply:

4. You must first register/create a profile using your e-mail address. Click on the "Register" link in the upper right-hand corner on this page, and enter the required information.

5. Complete the on-line application.

6. Certain documents and forms must be submitted as part of your application. There are fields on the application to which they must be uploaded. To access forms, click on the drop-down menu next to your name in the upper-right-hand corner of the screen, as indicated below.



7. After you have completed and submitted your on-line application, you will be required to upload additional documents. You can upload these additional documents as follows: Click on "Submitted." Click on your application number. Follow the upload instructions as indicated below.



8. When you have completed your application, click on "Finalize and Submit," after which you will no longer be able to make changes to your application, other than uploading additional documents.

9. NYPD License Division will contact you to schedule a date and time for you to come to NYPD License Division to pay applicable fees and be fingerprinted. You must bring with you originals of all uploaded documents.

10. Your application will be reviewed, and you will be notified of any missing documents and forms.

11. After your application and all required documents/forms have been received and reviewed, you will be scheduled for an in-person interview (except for rifle/shotgun permit applicants, who, generally,

are not required to appear for interview).

12. Within approximately six months of receipt of your handgun application, and all required documents/forms, you will receive a letter informing you whether your application was approved.

**Renewals**

If you have already been issued a license or permit by the NYPD License Division, and your license or permit is up for renewal, you will receive a letter with instructions for submitting an on-line renewal application. You will not be able to submit your on-line renewal application until after you have received these instructions. As of January 1, 2018, we are no longer accepting renewal applications on paper; only on-line renewal applications will be accepted.

# License and Permit Types

The NYPD issues several different types of handgun licenses, with varying restrictions. The information below will help you determine which type of handgun license is appropriate for you.

**PREMISES LICENSE**: This is a **restricted** type of license. It is issued for your residence or business. The Licensee may possess a handgun ONLY on the premises of the address indicated on the front of the license. Licensees may also transport their handguns and ammunition in separate locked containers, directly to and from an authorized range or hunting location. (For hunting, an endorsement from NYPD License Division is required, in addition to a New York State hunting license). **Handguns must be unloaded** while being transported.

**CARRY BUSINESS LICENSE**: This license permits the carrying of a handgun concealed on the person. It is valid for the business name, address, and handguns listed on the license. It is not transferable to any other person, business, occupation, or address, without the written approval of the License Division's Commanding Officer. This license may also be issued for safety reasons unrelated to business.

**LIMITED CARRY BUSINESS LICENSE**: This is a **restricted** type of license. The licensee may only carry handguns indicated on the license in accordance with the specific limitations listed thereon. At all other times, the handgun must be safeguarded within the confines of the address listed on the front of the license, either concealed on the licensee's person in a proper holster or stored unloaded in a locked safe.

**SPECIAL CARRY LICENSE**: The Special Carry License is valid for the business name, address and handguns listed on the license, only while the licensee has in his possession a valid carry county license issued according to the provisions of article 400 of the N.Y.S. Penal law. Upon the revocation, suspension, or cancellation of the basic county license, the Special Carry License is rendered void and must be immediately returned to the License Division. **(For Retired Law Enforcement officers who wish to apply for a Special Carry handgun license, follow the instructions listed below-"INSTRUCTIONS FOR LAW ENFORCEMENT (NON-NYPD) RETIREES WHO RESIDE OUTSIDE OF NEW YORK CITY").**

**CARRY GUARD LICENSE**: (security guards, etc.) This is a restricted type of license. Applications for this type of license must be made with the documentation provided by a company's gun custodian. It is issued only for the handgun listed on the license. The handgun may be carried only while the licensee is actively engaged in employment for the company whose name appears on the license and/or while licensee is in

transit directly to or from residence and place of employment. At all other times, the handgun must be stored unloaded in a locked container, at either the address on the license or at the employee's legal residence (within the State of New York).

**RIFLE/SHOTGUN PERMIT**:
This permit is issued for the possession and purchase of rifles and shotguns.

**LAW ENFORCEMENT RETIREE LICENSE**:
This type of license is for retired Law Enforcement Officers.

## INSTRUCTIONS FOR NYPD RETIREES WHO RESIDE IN NEW YORK CITY

**We recommend that approximately three (3) weeks prior to your anticipated retirement date, you submit an on-line handgun license application. Failure to submit your <u>completed</u> application on-line at least three (3) weeks prior to your anticipated retirement date will delay processing of your application.**

As part of your on-line application, you **MUST** upload the following forms/documents. To access required forms, click on the drop-down menu next to your name in the upper-right-hand corner of the screen. Failure to upload required forms/documents will delay processing of your application.

### Required Forms/Documents

1. **Passport size photo (no hats or glasses, except religious articles) (upload in "Recent Photograph" field)**
2. **NYS Driver's License (upload in "Identity Verification" field)**
3. **Front and back of your Active Department ID card (upload in "Identity Verification" field)**
4. **Proof of Date of Birth (upload your driver's license in "Proof of date of birth" field)**
5. **Proof of Residence (upload your current driver's license in "Proof of Residence" field)**
6. **Acknowledgement of Person Agreeing to Safeguard Firearms form, and, also, government photo identification of the person agreeing to safeguard firearm(s) (upload in "Safeguard Acknowledgement" field)**
7. **Affidavit of Co-Habitant form (must be notarized) (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
8. **Affidavit of Familiarity with Rules and Laws (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
9. **Law Enforcement Firearm Removal Inquiry (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
10. **If you have more than 4 guns you must upload a photo of your safe open and closed (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**

Any additional forms/documents can be uploaded after you have submitted your application as follows: Click on "Submitted." Click on your application number. Follow the upload instructions.

**You must bring originals of all uploaded forms and documents when you appear at License Division.**

ONCE YOUR APPLICATION HAS BEEN SUBMITTED, IT WILL BE REVIEWED. WHEN ALL OF THE REQUIRED DOCUMENTS/FORMS ARE UPLOADED, YOU WILL BE NOTIFIED TO APPEAR AT THE LICENSE DIVISION RETIREE UNIT AT ONE POLICE PLAZA, ROOM 110A, BETWEEN 0900 AND 1500 HOURS, TO BE FINGERPRINTED.  THERE IS A ONE TIME FINGERPRINT FEE OF $88.25 (EIGHTY EIGHT DOLLARS AND TWENTY FIVE CENTS).  THIS FEE MUST BE PAID BY MONEY ORDER OR CREDIT/DEBIT CARD.  PERSONAL CHECKS ARE NOT ACCEPTED.

### On Your Last work Day:

First, report to the Police Pension Fund, 233 Broadway, 19th floor, New York, NY.

Next, report to One Police Plaza, 5th floor, to be issued your "Retired" identification card, HR-218 (if applicable) and your "Good Guy letter."

Next, report to the License Division Retiree Unit, One Police Plaza, Room 110A, with your ID card stamped "**Retired**." Bring the following listed items with you:

1. RETIRED I.D. CARD **WITH NO RESTRICTIONS**
2. PISTOL LICENSE INQUIRY FORM "Good Guy letter"
3. PROPERTY RECEIPT-DISCONTINUANCE OF SERVICE FORM
4. **ORIGINALS OF ALL UPLOADED DOCUMENTS**
5. H.R. 218 CARD IF APPLICABLE

All NYC Police Department retirees must submit their **Pistol License Inquiry Response** form (PD 643-155, a.k.a. "Good Guy letter") and their **Property Receipt/Discontinuance of Service** form (PD 520-013). You are not required to voucher your firearms if you have received a **Law Enforcement Officers Safety Act Firearm Certification Card** (a.k.a. H.R. 218 card) or if your license will be issued on your retirement date. Follow instructions of License Division personnel regarding license issuing procedure.

**A Retired Law Enforcement handgun license will not be issued to you if you did not receive a Pistol License Inquiry Response form (PD 643-155) a.k.a. a Good-Guy letter), or if your ID card is stamped "No Firearms."**

## INSTRUCTIONS FOR LAW ENFORCEMENT (NON-NYPD) RETIREES WHO RESIDE IN NEW YORK CITY

As part of your on-line application, you **MUST** upload the following forms/documents. To access required forms, click on the drop-down menu next to your name in the upper-right-hand corner of the screen. Failure to upload required forms/documents will delay processing of your application.

### Required Forms/Documents

1. **Passport size photo (no hats or glasses except religious articles ) (upload in "Recent Photograph" field)**
2. **NYS Driver's License (uploaded in "Identity Verification" field)**
3. **Front and back of your retired ID card (uploaded in "Identity Verification" field)**
4. **Proof of Date of Birth (Birth Certificate or US Passport) (upload in "Proof of date of birth" field)**

5. **Proof of Residence (current Utility bill – cell phone bills are not accepted) (upload in "Proof of Residence" field)**
6. **Acknowledgement of Person Agreeing to Safeguard Firearms form, and, also, government photo identification of the person agreeing to safeguard firearm(s) (upload in "Safeguard Acknowledgement" field)**
7. **Affidavit of Co-Habitant form (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
8. **Affidavit of Familiarity with Rules and Laws (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
9. **Law Enforcement Firearm Removal Inquiry (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
10. **"Good Guy" letter (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
11. **Social Security Card (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
12. **If you have more than 4 guns you must upload a photo of your safe open and closed (upload in "Affidavit of Co-habitant (and any other additional documents)" field**

Any additional forms/documents can be uploaded after you have submitted your application as follows: Click on "Submitted." Click on your application number. Follow the upload instructions.

**You must bring originals of all uploaded forms and documents when you appear at License Division.**

Your **Certificate of Service** (also known as a Good-Guy letter) must be on agency letterhead, signed by the agency head or a designated representative, and should contain the following information about the applicant:

- Name, rank and social security number
- Date of appointment and date of retirement from your agency
- Certification that the applicant has no record of mental illness, and was authorized by the agency to carry firearms at time of retirement.
- A statement that: (1) the applicant's firearm(s) were never removed for medical or departmental reasons, or (2) if firearms were ever removed, the dates of removal and restoration, and a statement explaining the reason for the removal and the reason for the restoration of the authority to carry firearms.
- A statement that the applicant is not under investigation by the agency.
- A statement that the applicant has no disciplinary action pending.
- A statement that there are no reasons why a handgun license should not be issued to the applicant.
- The letter must also state the **make, model, caliber and serial number** of the weapon(s) owned or possessed by the applicant in the course of his or her official duties.

**If your agency is safeguarding your firearm(s) until your license is issued, provide a copy of the handgun receipt from your agency.**

Retirees from Federal Law Enforcement agencies, and retirees who are not eligible for the fee waiver provided by Penal Law §400.00(14) or NYC Administrative Code §10-131(a)(7) are required to pay an **application fee of $340.00**. This fee may be paid by credit card or by money order, or bank check.

Payments are to be to the "New York City Police Department." Personal checks or cash are not accepted.

**ONCE YOUR APPLICATION HAS BEEN SUBMITTED, IT WILL BE REVIEWED. WHEN ALL OF THE REQUIRED DOCUMENTS/FORMS ARE UPLOADED, YOU WILL BE NOTIFIED TO APPEAR AT THE LICENSE DIVISION RETIREE UNIT AT ONE POLICE PLAZA, ROOM 110A, BETWEEN 0900 AND 1500 HOURS, TO BE FINGERPRINTED.  THERE IS A ONE TIME FINGERPRINT FEE OF $88.25 (EIGHTY EIGHT DOLLARS AND TWENTY FIVE CENTS).   THIS FEE MUST BE PAID BY MONEY ORDER OR CREDIT/DEBIT CARD.  PERSONAL CHECKS ARE NOT ACCEPTED.**

## INSTRUCTIONS FOR LAW ENFORCEMENT (NON-NYPD) RETIREES WHO RESIDE OUTSIDE OF NEW YORK CITY

Some retired law enforcement officers who **reside outside of NYC** must obtain a NYC Special Carry license, in addition to a carry license from their resident county, in order to be properly licensed in NYC.  If the county license does not state "retired police officer" or "retired federal law enforcement officer," a NYC Special Carry license is required.  **Those who require a Special Carry license** must show "proper cause" for the need to carry in NYC, and **must obtain a carry license from their resident county prior to applying for a Special Carry license in New York City.**

As part of your on-line application, you MUST upload the following forms/documents before submitting your application. Failure to upload required forms/documents will result delay in processing of your application.

### Required Forms/Documents

1. **Passport size photo (no hats or glasses except religious articles ) (upload in "Recent Photograph" field)**
2. **NYS Driver's License (uploaded in "Identity Verification" field)**
3. **Front and back of your retired ID card (uploaded in "Identity Verification" field)**
4. **Proof of Date of Birth (Birth Certificate or US Passport) (upload in "Proof of date of birth" field)**
5. **Proof of Residence (current Utility bill – cell phone bills are not accepted) (upload in "Proof of Residence" field)**
6. **Acknowledgement of Person Agreeing to Safeguard Firearms form, and, also, government photo identification of the person agreeing to safeguard firearm(s) (upload in "Safeguard Acknowledgement" field)**
7. **Affidavit of Co-Habitant form (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
8. **Affidavit of Familiarity with Rules and Laws (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
9. **Law Enforcement Firearm Removal Inquiry (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
10. **"Good GUY' letter (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
11. **Social Security Card (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**

12. **If you are applying for a Special Carry license, upload the front and back of your County license (upload in "Affidavit of Co-habitant (and any other additional documents)" field)**
13. **If you have more than 4 guns you must upload a photo of your safe open and closed (upload in "Affidavit of Co-habitant (and any other additional documents)" field**

If you require assistance regarding a handgun license application, please call the License Division, during normal business hours, at (646) 610-5560.  For rifle/shotgun permit applications, call (718) 520-9300.  For Retired Law Enforcement handgun license applications, please call (646) 610-5536.

## Working with Handgun License Consulting Firms

Consulting companies are not required to be used to apply for New York City handgun licenses or rifle/shotgun permits.  These firms **cannot** obtain a handgun license or rifle/shotgun permit for you if you do not qualify, nor can they expedite your application. As an applicant, you should be aware that such services are not required or endorsed by the New York City Police Department and that **only an attorney licensed by the State of New York can represent you before the License Division**. You should also understand that any fees you pay to a consulting firm are in addition to those required by law and collected by the License Division. Neither the License Division nor consulting companies can guarantee the issuance of a handgun license or rifle/shotgun permit to any person. Each application is reviewed on its merits and under the qualifying criteria set forth by law.

Copyright © 2025. All rights reserved.                                            (http://www.adxstudio.com)