

**Payment Receipt** ▮▮▮▮▮▮▮▮▮ **from NYC CityPay**
1 message

**noreply@finance.nyc.gov** <noreply@finance.nyc.gov>　　　　　　　　　　　Sun, Jan 14, 2024 at 7:32 PM
To: ▮▮▮▮▮▮


NYC CityPay

# Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $340.00 |
| **Receipt Number:** | ▮▮▮▮▮▮ |
| **Transaction Date:** | 01/14/2024 7:32:22 PM |
| **Payment Type:** | CHECK ****▮▮▮▮ |

Thank you for your order. This e-mail will serve as confirmation that your payment was received. Please do not reply to this e-mail.

Please keep this for your records.

Handgun License Application Fee　　　　　　　　　　　　　　　　　　$340.00

**Payment Amount: $340.00**



**Payment Receipt** ▮▮▮▮▮▮▮▮ **from NYC CityPay**
1 message

**noreply@finance.nyc.gov** <noreply@finance.nyc.gov>                                        Tue, Oct 8, 2024 at 8:39 PM
To: ▮▮▮▮▮▮▮▮

## Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $142.80 |
| **Receipt Number:** | ▮▮▮▮▮▮▮▮ |
| **Transaction Date:** | 10/08/2024 8:39:23 PM |
| **Payment Type:** | VISA ************▮▮▮▮ |

Thank you for your order. This e-mail will serve as confirmation that your payment was received. Please do not reply to this e-mail.

Please keep this for your records.

| | |
|---|---|
| Rifle/Shotgun Permit Application Fee | $140.00 |

**Item Total:** $140.00
**Service Fee:** $2.80
**Payment Amount:** $142.80



## Handgun eCheck Initiated
1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>  Sun, Jan 14, 2024 at 7:33 PM
To:

Dear ,                    Reference #

Our records indicate that you have initiated an application for a Concealed Carry handgun license. You authorized payment of the application fee through CityPay eCheck. Your payment is in "pending" status with your bank. Once your bank has completed processing of your payment, we will notify you through e-mail.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division



## Rifle/Shotgun eCheck Application Initiated
1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>  Sun, Jan 14, 2024 at 7:46 PM
To:

Dear ,   Reference #

Our records indicate that you have initiated an application for a Rifle/Shotgun permit. You authorized payment of the application fee through CityPay eCheck. Your payment is in "pending" status with your bank. Once your bank has completed processing of your payment, we will notify you through e-mail.

Sincerely,

Inspector Hugh Bogle

Commanding Officer
License Division



## Handgun Submitted application
1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>　　　　　　　　　　　Mon, Jan 29, 2024 at 2:24 PM
To:

　Dear Fisch, Mirel

The New York City Police Department License Division has received your application for Concealed Carry handgun license. Payment of your application fee was also received. Your application number is CB▉▉▉▉▉▉▉.

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents).  The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**
- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**
1 Police Plaza, Room 110A, New York, NY 10038

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division



# Rifle/Shotgun Submitted Application
1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>    Tue, Oct 8, 2024 at 8:40 PM
To:

Dear Zou, Darren

The New York City Police Department License Division has received your application for Rifle/Shotgun rifle/shotgun permit. Payment of your application fee was also received. Your application number is RS

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents).  The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**
- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**

120-55 Queens Boulevard, Room B-11, Kew Gardens, NY 11424

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division



## FINGERPRINT APPOINTMENT AND INTERVIEW PACKET / MISSING DOCUMENTS
1 message

**TAPIA, MARIBEL** <MARIBEL.TAPIA@nypd.org>        Thu, Sep 28, 2023 at 4:27 PM
To:

YOUR FINGERPRINT APPOINTMENT HAS BEEN SCHEDULED FOR **WEDNESDAY OCTOBER 04,2023 AT 10:00AM.** WE ARE LOCATED AT 120-55 Queens Blvd, Kew Gardens, NY 11424 Room B-11.

WHEN YOU COME FOR YOUR FINGERPRINTING, PLEASE BRING YOUR DRIVER'S LICENSE, SOCIAL SECURITY CARD and YOUR U.S. BIRTH CERTIFICATE, GREEN CARD, NATURALIZATION PAPERS OR U.S. PASSPORT ALONG WITH YOUR FORM OF PAYMENTS – EITHER A DEBIT/CREDIT CARD VISA OR MASTERCARD ONLY FOR THE FINGERPRINT FEE WHICH IS $88.25. **FINGERPRINT AND APPLICATION FEES ARE NON-REFUNDABLE.**

# ***YOU MUST UPLOAD ALL THE FOLLOWING MISSING DOCUMENTS BELOW TO YOUR APPLICATION BEFORE YOU COME IN FOR YOUR SCHEDULED APPOINTMENT. ***

**THE FOLLOWING DOCUMENTS ARE MISSING:**

**ARREST/CRIMINAL COURT SUMMONS DISPOSITIONS AND STATEMENTS – IF APPLICABLE TO YOU**

**SOCIAL SECURITY CARD**

**DD214 (IF APPLICABLE)**

**TWO (2) NOTARIZED REFERENCE LETTERS NOT FROM FAMILY MEMBERS; LETTERS MUST STATE: THE AUTHORS FULL NAME, ADDRESS, PHONE NUMBER AND LIST THE BEST TIME TO BE REACHED. THE LETTERS MUST ALSO STATE: THEY HAVE KNOWN YOU FOR A MINIMUM OF 5 YEARS, YOU ARE OF GOOD MORAL CHARACTER AND THAT THEY ARE AWARE YOU ARE APPLYING FOR A GUN LICENSE.**

**DMV LIFETIME DRIVING RECORD ABSTRACT (YOU CAN OBTAIN IT FROM THE DMV WEBSITE)**

https://dmv.ny.gov/dmv-records/get-my-own-driving-record-abstract

**INTERVIEW PACKET (ATTACHED –THIS IS A FILLABLE DOCUMENT ----- COMPLETE, SAVE & UPLOAD TO YOUR APPLICATION)**

**************************************************************

UPDATE TO:  **HTTPS://LICENSING.NYPDONLINE.ORG**

**INSTRUCTIONS TO UPLOAD DOCUMENTS TO THE WEBSITE:**

1. **LOG ON TO THE ABOVE WEBSITE WITH YOUR USERNAME AND PASSWORD**

    **CLICK ON       →→→→→→        SUBMITTED**

2. **CLICK ON YOUR APPLICATION NUMBER**

**CORDIALLY,**

THE RIFLE SHOTGUN SECTION

(718) 520-9300

📄 **Interview Questionnaire 2023 - NEW.pdf**
554K



# NYPD APPOINTMENT LETTER/CHECKLIST
1 message

**BURRELLHARRELL, SHANICE** <SHANICE.BURRELLHARRELL@nypd.org>         Tue, Jan 30, 2024 at 8:29 PM
To: ▇▇▇▇▇▇▇▇▇▇▇▇

Good Morning,

Thank you for submitting your firearm license application to the NYC Police Department Licensing Division.

The next step is to come in for fingerprinting. Your appointment has been scheduled for:
**MONDAY, JULY 29, 2024,** BETWEEN THE HOURS OF 9AM 12PM
**1 Police Plaza, Room 110A, New York, N.Y. 10038**

**NO FINGERPRINTING WILL OCCUR UNLESS INTERVIEW QUESTIONAIRE IS SUBMITTED**. Applicants who appear for their appointment with an incomplete application will be rescheduled. Please allow 2 3 hours for complete processing.

SHOULD YOU NEED TO RESCHEDULE YOUR APPOINTMENT PLEASE CONTACT SHANICE.BURRELLHARRELL@NYPD.ORG. THANK YOU.

**PLEASE READ ADDITIONAL INSTRUCTIONS BEFORE CALLING WITH ANY INQUIRIES**. **PLEASE SAVE ALL ORIGINAL PAPERWORK AND HAVE IT EASILY ACCESSIBLE INCASE YOU NEED IT IN THE FUTURE**.

Sincerely,

FPT Shanice H.
646-610-6549

**NOTE:** Please be advised that Albany charges **$88.25** for fingerprinting. Fingerprint fees must be paid in person during your appointment. Major Debit/Credit cards are accepted forms of payment, as are exact money orders. **FINGERPRINT FEES ARE NON-REFUNDABLE**.

**2 attachments**


▇▇▇▇▇▇ CHECKLIST.pdf
367K


NYPD-DOCUMENT PACKET.pdf
968K



## NYPD PISTOL LICENSE DIVISION – FINGERPRINT APPOINTMENT

SHINGHIRTIS, CONSTANTINE <CONSTANTIN.SHINGHIRTIS@nypd.org>     Wed, Mar 20 at 10:10 AM
To:

Hello,

Thank you for submitting your firearm license application to the NYC Police Department Licensing Division.

We have attached a checklist that contains a **COMPLETE LIST** of **ALL REQUIRED DOCUMENTS (titled "Pistol License Packet" in the attachment of this email)** needed for your application type. Please review the checklist carefully and ensure that you have all required documents. **There will be documents listed that were not part of the online application.** Please upload any documents that were not previously submitted. Please read the **ADDITIONAL INSTRUCTIONS** to ensure that your documents were **properly prepared**. Incomplete or incorrectly prepared documents will not be accepted and may cause a delay in your processing time. To ensure an effortless process, please **UPLOAD ALL REQUIRED DOCUMENTS BEFORE YOUR SCHEDULED APPOINTMENT.** If you need assistance uploading your documents, please follow the "Upload Instructions" attached to this email.

Please **DO NOT** email any documents, all documents should be **UPLOADED**.

The next step is to come in for fingerprinting. Your fingerprint appointment is scheduled for:

**03/28/2024, BETWEEN THE HOURS OF 9:00AM-12:00PM 1 Police Plaza, Room 110A, New York, N.Y. 10038**

Please allow 2-3 hours for complete processing.

**YOUR APPLICATION WILL NOT BE PROCESSED WHILE DOCUMENTS ARE MISSING**.

**TO RESCHEDULE YOUR APPOINTMENT PLEASE CONTACT IESHA HOWARD AT IESHA.HOWARD@NYPD.ORG.**

Sincerely,

License Division

**NOTE:** Please be advised that Albany charges **$88.25** for fingerprinting. Fingerprint fees must be paid in person during your appointment. Major Debit/Credit cards are accepted forms of payment, as are <u>exact</u> money orders. **FINGERPRINT FEES ARE NON-REFUNDABLE.**

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain CONFIDENTIAL and PRIVILEGED information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use, disclosure or distribution of it or its contents is prohibited and may violate laws including the

*Electronic Communications Privacy Act*. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

Please treat this and all other communications from the New York City Police Department as **LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY**

PISTOL LICENSE PACKET (CONCEAL CARRY).pdf

NYPD LICENSE DIVISION APPOINTMENT FOR FINGERPRINTS AND INTERVIEW

From: GUERRERODEOLEO, LISSETTE (lissette.guerrerodeoleo@nypd.org)

To:

Date: Thursday, June 27, 2024 at 07:22 AM EDT

# ***BRING ALL YOUR ORINALS DOCUMENTS PRINTED. PLEASE COMPLETE THE INTERVIEW QUESTIONS. ***

**GOOD MORNING, PLEASE DON'T REPLY TO THIS EMAIL FOLLOW INSTRUCTIONS AND KEEP APPOINTMENT DATE. AS LONG AS YOU HAVE YOUR DRIVER LICENSE, ANYTHING MISSING CAN ALWAYS BE UPLOADED VIA PORTAL.**

Thank you for submitting your firearm license application to the NYC Police Department Licensing Division.

A review of your application revealed that **YOU ARE MISSING MANDATORY DOCUMENTS**. The missing documents are itemized in the attached PDF. Please **UPLOAD MISSING DOCUMENTS BEFORE YOUR SCHEDULED APPOINTMENT**. If you need assistance uploading your documents, please follow the "Upload Instructions" attached to this email.

The next step is to come in for fingerprinting. Your appointment has been scheduled for:
**FRIDAY, JULY 5TH, 2024,** BETWEEN THE HOURS OF 08:30 AM-12PM.
    **1 Police Plaza, Room 110A, New York, N.Y. 10038**


**PLEASE READ ADDITIONAL INSTRUCTIONS BEFORE CALLING WITH ANY INQUIRIES**. **PLEASE SAVE/BRING AT THE INTERVIEW ALL ORIGINAL PAPERWORK AND HAVE IT EASILY ACCESSIBLE INCASE YOU NEED IT IN THE FUTURE**.

**\*\*I AM NOT YOUR INVESTIGATOR PLEASE DON'T REPLY TO THIS EMAIL\*\***
 Sincerely,

P.O GUERRERO

 **NOTE:** Please be advised that Albany charges **$88.25** for fingerprinting. Fingerprint fees must be paid in person during your appointment. Major Debit/Credit cards are accepted forms of payment, as are <u>exact</u> money orders. **FINGERPRINT FEES ARE NON-REFUNDABLE**.
Please update your e-mail and phone number.


   ***BRING ALL YOUR ORINALS PRINTED, COMPLETED QUESTIONS TO THE INTERVIEW. ***

 LICENSE DIVISION UPLOAD INSTRUCTIONS.docx
37.1kB

 INTERVIEW QUESTIONNAIRE (2024).pdf
601.2kB

 LICENSE DIVISION ADDITIONAL INSTRUCTIONS (REVISED).docx
15.5kB

 SAFEGUARD FORM new.doc
65.5kB



## FEE WAIVER CHECKLIST/LETTER
1 message

**HOWARD, IESHA** <IESHA.HOWARD@nypd.org>  Fri, Apr 26, 2024 at 5:53 PM
To: "

HELLO,

THIS EMAIL IS TO ADVISE YOU THAT WE HAVE USED THE PRINTS FROM ONE OF YOUR ACTIVE LICENSE/PERMIT AND APPLIED THEM TO YOUR CURRENT APPLICATION. ONCE THE APPLICATION GETS ASSIGNED TO AN INVESTIGATOR; THEY WILL CONTACT YOU TO BEGIN THE INTERVIEW PROCESS. IN THE MEANTIME, PLEASE REVIEW YOUR CHECKLIST AND UPLOAD ANY MISSING DOCUMENTS.


THANK YOU.

 CHECKLIST.pdf
373K

# Firearm Purchase Instructions

Dear Licensee,

In an effort to reduce the number of trips you need to make to the License Division, we have changed our license "issuing" process. Please use the conditional approval letter attached to go to a dealer and purchase your firearm of choice that is compliant with New York City specific rules and regulations.

- ❖ Acceptable firearm colors are: black, dark grey, dark green, silver, steel, or nickel. NYC Admin Code § 10-131(j)(1)
- ❖ You may only purchase a new firearm once every 90 days. NYC Admin Code § 10-302.1(a)

**THE DEALER WILL PROVIDE YOU WITH A BILL OF SALE, BUT WILL NOT RELEASE THE FIREARM TO YOU AT THIS TIME.**

**If you intend to purchase a firearm from other than a Firearm Dealer, inquire as to special procedures by email at: DG_LIC-Purchaseorders@nypd.org**

Once a pistol is purchased, you must email the License Division at: **DG_LIC-Purchaseorders@nypd.org** within **72 hours**, to request an appointment for license issuing.

Your email must include a copy/photograph of:

- The Receipt/Bill of Sale for the firearm's purchase
- A minimum of two (2) **color** photographs of the firearm that you purchased:
    - ❖ The first photograph must display the entirety of the firearm with accurate color representation,
    - ❖ The second photograph must legibly capture the serial number of the firearm.
- Proof of ownership of safe storage - Consisting of a Bill of Sale and two (2) color photos of the safe storage, depicting both the interior and exterior of the safe/container. Photos may not be stock images and must depict the entirety of the safe/container, not merely a portion thereof.

Once the above items are received, the License Division will contact you via email with instructions on how you will receive your license. Licenses will either be mailed or an appointment will be issued for in-person pick-up.

# License Issuing Instructions

Please arrive to your issuing appointment timely and bring the following items with you:

- Your government issued identification;
- Approval letter;
- Firearm bill-of-sale;
- A minimum of two (2) **color** photographs of the firearm that you purchased:
    - o The first photograph must display the entirety of the firearm with accurate color representation,
    - o The second photograph must legibly capture the serial number of the firearm.

At your appointment, we will print your license and list the firearm for which you have provided a bill of sale on the back of the license. We will also provide you with a "Purchase Authorization." After your license is issued, you must return to the dealer from whom you purchased the firearm, with your <u>license</u>, <u>bill of sale</u>, and <u>purchase authorization</u>, and they will release the firearm you previously bought to you.

**DO NOT BRING ANY FIREARMS OR AMMUNITION TO YOUR ISSUING APPOINTMENT!**

# New License Issuing Instructions

Dear Licensee,

In an effort to reduce the number of trips you need to make to the License Division, we have changed our license "issuing" process. Please use the "Notice of Application Approval" attached to go to a dealer and purchase your firearm of choice that is compliant with New York City specific rules and regulations.

- ❖ **Acceptable firearm colors are: black, dark grey, dark green, silver, steel, or nickel.**
  NYC Admin Code § 10-131(j)(1)
- ❖ **You may only purchase a new firearm once every 90 days.**
  NYC Admin Code § 10-302.1(a)

**THE DEALER WILL PROVIDE YOU WITH A BILL OF SALE, BUT WILL NOT RELEASE THE FIREARM TO YOU AT THIS TIME.**

If you intend to purchase a firearm from other than a Firearm Dealer, inquire as to special procedures by email at: DG_LIC-Purchaseorders@nypd.org

Once a pistol is purchased, you must email the License Division at:

**DG_LIC-Purchaseorders@nypd.org** within **72 hours**, to request that your license be printed.

Your email must include a copy/photograph of:

- Completed "Notice of Approval" – Dealer will input NICS #
- The Receipt/Bill of Sale for the firearm's purchase
- A minimum of two (2) **color** photographs of the firearm that you purchased:
  - ❖ The first photograph must display the entirety of the firearm with accurate color representation,
  - ❖ The second photograph must legibly capture the firearm's serial number.
- Proof of ownership of safe storage - Consisting of a Bill of Sale and two (2) color photos of the safe storage, depicting both the interior and exterior of the safe/container. Photos may not be stock images and must depict the entirety of the safe/container, not merely a portion thereof.

**Please note that files must be sent ONLY in PDF or JPEG file formats**

Once the above items are received, <u>your license, along with your purchase authorization (pink slip) will be mailed via United States Postal Service (U.S.P.S.) to your mailing address of record</u>. **Please allow fourteen (14) business days to receive your documentation.** Once received, you will use this documentation to pick-up your previously purchased firearm from the dealer.