# Service Standards Maps

Please click here for downloadable service standard files.

To reach a site that displays expected delivery days based on mailing day, please click here for domestic and here for international.

**Service:**

- (selected) Originating
- Destinating
- Destination Entry

**Mail Class:**

- (selected) First-Class Letters & Flats
- Marketing Mail
- Package Services
- Parcel Select
- Periodicals
- USPS Ground Advantage - below one pound
- USPS Ground Advantage - between one and 70 pounds

**ZIP and City Name:**

100 NEW YORK NY

☐ List cities in alphabetical order







Quick Links

Contact
Site Index
Update Via RSS

Helpful Links

Accessibility Statement
Business Customer Gateway
Postal Bulletin
Postal Explorer
USPS.com