**Gmail**

robert milani ███████████████ >

## Handgun eCheck Initiated
1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>  Wed, Aug 2, 2023 at 9:05 PM
To: ███████

Dear ,       Reference # ███████

Our records indicate that you have initiated an application for a Concealed Carry handgun license. You authorized payment of the application fee through CityPay eCheck. Your payment is in "pending" status with your bank. Once your bank has completed processing of your payment, we will notify you through e-mail.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division

 robert milani

**Payment Receipt** from NYC CityPay
1 message

noreply@finance.nyc.gov <noreply@finance.nyc.gov>                    Wed, Aug 2, 2023 at 9:04 PM
To:



## Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $340.00 |
| **Receipt Number:** | |
| **Transaction Date:** | 08/02/2023 9:04:09 PM |
| **Payment Type:** | CHECK ***** |

Thank you for your order. This e-mail will serve as confirmation that your payment was received. Please do not reply to this e-mail.

Please keep this for your records.

Handgun License Application Fee                                                                 $340.00

**Payment Amount: $340.00**

 **Gmail**

robert milani

## Handgun Submitted application
3 messages

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>    Wed, Aug 23, 2023 at 10:17 AM
To: "Milani, Robert P."

Dear Milani, Robert P.

The New York City Police Department License Division has received your application for Concealed Carry handgun license. Payment of your application fee was also received. Your application number is CB2023

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents). The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**
- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**
1 Police Plaza, Room 110A, New York, NY 10038

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division

 Gmail 

robert milani ███████████████ >

# NYPD APPOINTMENT LETTER
5 messages

**HOWARD, IESHA** <IESHA.HOWARD@nypd.org>                    Tue, Sep 12, 2023 at 3:58 PM
To: "Milani, Robert P." ████████████████ >

Dear Applicant,

Thank you for submitting your firearm license application to the NYC Police Department Licensing Division.

A review of your application revealed that **YOU ARE MISSING MANDATORY DOCUMENTS**. The missing documents are itemized in the attached PDF. Please **UPLOAD MISSING DOCUMENTS BEFORE YOUR SCHEDULED APPOINTMENT**. If you need assistance finding forms or uploading your documents, please follow the "Upload Instructions" attached to this email.

The next step is to come in for fingerprinting. Your appointment has been scheduled for:
**MONDAY, OCTOBER 2ND, 2023**, BETWEEN THE HOURS OF 9AM-12PM
**1 Police Plaza, Room 110A, New York, N.Y. 10038**

**NO FINGERPRINTING WILL OCCUR UNLESS ALL PAPERWORK IS SUBMITTED. YOUR APPLICATION WILL NOT BE PROCESSED WHILE DOCUMENTS ARE MISSING**. Applicants who appear for their appointment with an incomplete application will be rescheduled. Please allow 2-3 hours for complete processing.

**SHOULD YOU NEED TO RESCHEDULE YOUR APPOINTMENT PLEASE LET ME KNOW.**

**PLEASE READ ADDITIONAL INSTRUCTIONS BEFORE CALLING WITH ANY INQUIRIES. PLEASE SAVE ALL ORIGINAL PAPERWORK AND HAVE IT EASILY ACCESSIBLE INCASE YOU NEED IT IN THE FUTURE.**

Sincerely,

FINGERPRINT TECHNICIAN HOWARD
    1 (646) 610-6470

**NOTE:** Please be advised that Albany charges **$88.25** for fingerprinting. Fingerprint fees must be paid in person during your appointment. Major Debit/Credit cards are accepted forms of payment, as are _exact_ money orders. **FINGERPRINT FEES ARE NON-REFUNDABLE**.

NYPD LICENSE DIVISION: APPOINTMENT LETTER / CHECKLIST

**2 attachments**

📄 **NYPD-DOCUMENT PACKET.pdf**
    955K

📄 **MILANI, ROBERT P. CHECKLIST.pdf**
    444K

 **Gmail**　　　　　　　　　　　　　　　　　　　　　　　　robert milani

**CB2023**
1 message

**robert milani** <​​​​​​​​>　　　　　　　　　　　　　　　　Wed, Oct 2, 2024 at 2:52 PM
To: DG_LIC-Carry@nypd.org

To whom it may concern,
　　I wouldn't be surprised if you are processing truckloads of applications, however, as this is the one year anniversary of my application being modified I am hoping someone could get back to me with the status of my application.

Sincerely, Robert P. Milani
Application number CB2023

 **Gmail**

robert milani ▮▮▮▮▮▮▮▮▮▮ >

## NYPD FIREARM APPLICATION
9 messages

---

**IMBEMBO, SAMANTHA** <SAMANTHA.IMBEMBO@nypd.org>   Thu, Oct 10, 2024 at 4:03 PM
To: "Milani, Robert P." ▮▮▮▮▮▮▮▮▮▮

Good afternoon,

My name is Police Officer Imbembo, and I am the investigator assigned to your case. While I was reviewing your documents, I discovered that you are missing several documents.

Please provide me with the following items:

1. An up-to-date utility bill.
2. Two (2) additional character reference letters. I can see that you have provided two (2) already; however, for the special carry license you need a total of four (4).
3. A written statement (you may simply reply to this email) requesting which firearm(s), maximum of two (2), you want on your special carry license. Please include the make, model, caliber and serial number of the firearm(s).
4. Two (2) photographs of the firearm(s) you are requesting be placed on your you license. One (1) clearly displaying the firearm(s) serial number, and the other of the entire firearm.

You will have 10 business days to submit the above listed items. Failure to do so may result in your application being denied. Again, your deadline will be **Thursday, October 24, 2024.**

Please, if you have any questions, feel free to reach out via email at any time!

Thank you and have a great day!

Police Officer Samantha Imbembo

---

**robert milani** ▮▮▮▮▮▮▮▮▮▮ >   Thu, Oct 10, 2024 at 4:52 PM
To: "IMBEMBO, SAMANTHA" <SAMANTHA.IMBEMBO@nypd.org>

1.  All my utility bills are in my wifes name. Attached is an insurance bill in my name. Please let me know if this satisfies you, or not.
2.  I will send two more references tomorrow.
3.  I would like to carry either,  Glock 43x 9mm ▮▮▮▮▮▮▮ or  Beretta 80X ▮▮▮▮▮▮▮▮▮
In the time that has passed since I submitted this application I no longer own the Beretta 1935 32 cal nor do I still own the Remington 11-48 12 ga shotgun.

Home (/)  >  Submitted

# Submitted

| | |
|---|---|
| **Application** | CB2023■■■■ (/Application-Status/?applicationid=bf37c3ec-0928-ee11-8113-001dd8002ba9) |
| **Application Status** | Approved |
| **Application Type** | Concealed Carry |
| **Renewal?** | No |
| **Modified On** | 10/23/2024 7:09 PM |

Copyright © 2024. All rights reserved.                                          (http://www.adxstudio.com)



robert milani <​█████​>

## NYPD Firearms License Division - Application Determination
2 messages

**KLASS, DIANE** <DIANE.KLASS@nypd.org>     Wed, Oct 23, 2024 at 7:16 PM
To: "Milani, Robert P." <​█████​>

Dear Applicant,

Attached please find the decision pertaining to your License Division application along with instructions regarding purchasing and registering your firearm(s).

Sincerely,

License Division

**PLEASE DO NOT RESPOND TO THIS EMAIL**

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act.

If you are not the intended recipient, please contact the sender and destroy all copies of this communication. Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSTIVE/FOR OFFICIAL USE ONLY.

📄 **APPROVAL LETTER MILANI (1).pdf**
636K



[Quoted text hidden]

📄 **APPROVAL LETTER MILANI (1).pdf**
636K



# Firearm Purchase Instructions

Dear Licensee,

In an effort to reduce the number of trips you need to make to the License Division, we have changed our license "issuing" process. Please use the conditional approval letter attached to go to a dealer and purchase your firearm of choice that is compliant with New York City specific rules and regulations.

- ❖ Acceptable firearm colors are: black, dark grey, dark green, silver, steel, or nickel. NYC Admin Code § 10-131(j)(1)
- ❖ You may only purchase a new firearm once every 90 days. NYC Admin Code § 10-302.1(a)

**THE DEALER WILL PROVIDE YOU WITH A BILL OF SALE, BUT WILL NOT RELEASE THE FIREARM TO YOU AT THIS TIME.**

**If you intend to purchase a firearm from other than a Firearm Dealer, inquire as to special procedures by email at: DG_LIC-Purchaseorders@nypd.org**

Once a pistol is purchased, you must email the License Division at: **DG_LIC-Purchaseorders@nypd.org** within **72 hours**, to request an appointment for license issuing.

Your email must include a copy/photograph of:

- The Receipt/Bill of Sale for the firearm's purchase
- A minimum of two (2) **color** photographs of the firearm that you purchased:
  - ❖ The first photograph must display the entirety of the firearm with accurate color representation,
  - ❖ The second photograph must legibly capture the serial number of the firearm.
- Proof of ownership of safe storage - Consisting of a Bill of Sale and two (2) color photos of the safe storage, depicting both the interior and exterior of the safe/container. Photos may not be stock images and must depict the entirety of the safe/container, not merely a portion thereof.

Once the above items are received, the License Division will contact you via email with instructions on how you will receive your license. Licenses will either be mailed or an appointment will be issued for in-person pick-up.

# License Issuing Instructions

Please arrive to your issuing appointment timely and bring the following items with you:

- Your government issued identification;
- Approval letter;
- Firearm bill-of-sale;
- A minimum of two (2) **color** photographs of the firearm that you purchased:
  - o The first photograph must display the entirety of the firearm with accurate color representation,
  - o The second photograph must legibly capture the serial number of the firearm.

At your appointment, we will print your license and list the firearm for which you have provided a bill of sale on the back of the license. We will also provide you with a "Purchase Authorization." After your license is issued, you must return to the dealer from whom you purchased the firearm, with your <u>license</u>, <u>bill of sale</u>, and <u>purchase authorization</u>, and they will release the firearm you previously bought to you.

**DO NOT BRING ANY FIREARMS OR AMMUNITION TO YOUR ISSUING APPOINTMENT!**



**robert milani** >

## Lic # CB2024
2 messages

**robert milani** <...> >  Thu, Oct 24, 2024 at 6:37 PM
To: DG_LIC-Purchaseorders@nypd.org

As per my license approval letter, attached are the photographs and receipts requested. If I've missed anything or if you require more documentation I will be happy to accommodate your request.
Thank you.
Robert Milani

**12 attachments**



20241010_162520.jpg
1319K



20241024_181600.jpg
1712K



20241010_162357.jpg
1673K


20241024_181253.jpg
1893K


20241010_162407.jpg
1626K


20241024_181319.jpg
1692K


20241024_181459.jpg
1531K


20241010_162511.jpg
1720K



📄 43X.pdf
988K

📄 80X.pdf
638K

📄 Amazon.com - Order 111-2120040-7249832.pdf
109K

📄 Amazon.com - Order 112-6685213-1679448.pdf
105K

**SPEARS, LYNETTE** <LYNETTE.SPEARS@nypd.org>　　　　　　　　　　　Mon, Nov 4, 2024 at 8:19 PM
To: robert milani <​​​​​​​​​​​​​​​​​​​​​​​​>, dg_LIC-Purchaseorders <DG_LIC-Purchaseorders@nypd.org>

Dear Licensee,

Thank you for sending your documents / request. We have received your email, if any additional information is needed, someone from our team will reach out to you.

**Please do not respond to this email.**

Best regards,

**Lynette Spears**

**Principal Administrative Associate II**

**License Division**



*Confidentiality Notice:* This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

**From:** robert milani █████████████m>
**Sent:** Thursday, October 24, 2024 6:37 PM
**To:** dg_LIC-Purchaseorders <DG_LIC-Purchaseorders@nypd.org>
**Subject:** Lic # CB2024█████1

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

[Quoted text hidden]



robert milani

**Lic # CB2024**
1 message

**robert milani**  
To: DG_LIC-Carry@nypd.org

Tue, Nov 19, 2024 at 4:09 PM

As my license was approved a month ago, I have yet to receive further instructions, or the license is lost in the mail. Please advise.

Robert Milani



**robert milani**

## Lic # CB2024

1 message

**robert milani**  Mon, Dec 9, 2024 at 8:50 AM
To: DG_LIC-Carry@nypd.org

My Name is Robert Milani. I received my carry permit approval letter on October 23. I provided additional documents as you requested. I have yet to be informed if I need to schedule an appointment with you, or if the permit has, or will be mailed to me. Please advise me as to the next step in this process.

Robert Milani

Gmail    Mirel Fisch <mirel@mfischlaw.com>

## Robert Milani -Application # CB2023▮▮▮▮▮▮; License # CB2024▮▮▮▮▮▮ (15+ months)
4 messages

**Mirel Fisch** <mirel@mfischlaw.com>    Wed, Dec 18, 2024 at 12:27 PM
To: dg_LIC-Purchaseorders <DG_LIC-PurchaseOrders@nypd.org>, "BERKOVICH, NICOLE" <Nicole.Berkovich@nypd.org>, "BOGLE, HUGH" <Hugh.Bogle@nypd.org>, "SMITH, SANDRA" <Sandra.Smith@nypd.org>, "GIBSON, KAI" <Kai.Gibson@nypd.org>, "BUTLER, KAYLA" <Kayla.Butler@nypd.org>, "BONEY, RAQUEL" <Raquel.Boney@nypd.org>
Bcc: robert milani ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Director Berkovich, Insp. Bogle, Inv. Smith, and SPAA Gibson:

I am writing on behalf of Robert Milani, Application No. CB20230▮▮▮▮▮, License No. CB20240▮▮▮▮▮. Please see the attached letter regarding Mr. Milani's outstanding Concealed Carry Handgun License application, which was submitted more than fifteen months ago and was approved almost two months ago. After reviewing this letter, please immediately issue the required License to permit Mr. Milani to exercise the rights guaranteed to him by the Second Amendment to the United States Constitution.

Sincerely,
- Mirel

--
Mirel Fisch, Esq.
The Law Office of Mirel Fisch
2329 Nostrand Ave, Suite 100
Brooklyn, New York 11210
(929) 382-4933

**11 attachments**

- **Robert Milani - oustanding Carry License.pdf**
  165K
- **Ex. A - Handgun eCheck Initiated - 8.2.23.pdf**
  93K
- **Ex. B - Payment Receipt - 8.2.23.pdf**
  112K
- **Ex. C - Handgun Submitted application - 8.23.23.pdf**
  122K
- **Ex. D - Fingerprinting appointment email - 9.12.23.pdf**
  254K
- **Ex. E - Email from Inv. - 10.10.24.pdf**
  1028K
- **Ex. F - Application Determination - 10.23.24.pdf**
  720K
- **Ex. G - Submission email - 10.24.24.pdf**
  378K
- **Ex. H - Email - 11.19.24.pdf**
  77K
- **Ex. I - Email - 12.9.24.pdf**
  78K

# Gmail

robert milani

## Issue pending
23 messages

---

**robert milani**      Thu, Jan 30, 2025 at 5:11 PM
To: Hugh.Bogle@nypd.org

My licence CB2024▮▮▮▮▮ was approved October 23, 2024. The status has been issue pending ever since. Can you please look into this for me?

Robert Milani

---

**BOGLE, HUGH** <HUGH.BOGLE@nypd.org>      Fri, Jan 31, 2025 at 9:26 AM
To: robert milani <▮▮▮▮▮▮▮▮▮▮>

License will be mailed out with that firearm Glock 48 on it.


**Inspector Hugh M. Bogle**
New York City Police Department
Commanding Officer
License Division


**CONFIDENTIALITY NOTICE:** This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

Please treat this and all other communications from the New York City Police Department as **LAW ENFORCEMENT SENSITIVE / FOR OFFICAL USE ONLY.**

---

**From:** robert milani <▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Thursday, January 30, 2025 5:11 PM
**To:** BOGLE, HUGH <HUGH.BOGLE@nypd.org>
**Subject:** Issue pending

> You don't often get email from ▮▮▮▮▮▮▮▮. Learn why this is important

### CAUTION! EXTERNAL SENDER

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

[Quoted text hidden]

**robert milani** ████████████████████  Fri, Jan 31, 2025 at 9:28 AM
To: "BOGLE, HUGH" <HUGH.BOGLE@nypd.org>

Glock 43x, Beretta 80x

[Quoted text hidden]

---

**robert milani** <████████████████
To: Mirel Fisch <mirel@mfischlaw.com>

████████████

[Quoted text hidden]

**2 attachments**