

for BUSINESS®

Printed from Chase for Business

## Sapphire Preferred [redacted]

$340.00
Sale

Oct 16, 2023
Transaction date

Oct 17, 2023
Posted date

NYPD LICENSE DIVISION
(212) 639 9675

| | |
|---|---|
| Description | NYPD LICENSE DIVISION |
| Also known as | NYPD LICENSE DIVISION |
| Merchant type | Government services |
| Method | Online, mail or phone |
| Card number | (... [redacted] |
| Category | Bills & utilities |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC ©2025 JPMorgan Chase & Co. Equal Housing Opportunity

Gmail

Paysach Burnes <[redacted]

# Handgun Submitted application

1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org> Mon, Oct 16, 2023 at 12:42 PM
To: "Burnes, Paysach A." <p[redacted]>

Dear Burnes, Paysach A.

The New York City Police Department License Division has received your application for Concealed Carry handgun license. Payment of your application fee was also received. Your application number is CB2023[redacted]

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents). The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**

- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**

1 Police Plaza, Room 110A, New York, NY 10038

**Government ID**

A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division

  Paysach Burnes [redacted]

## NYPD APPOINTMENT LETTER/CHECKLIST

4 messages

**HOWARD, IESHA** <IESHA.HOWARD@nypd.org> Wed, Jan 17, 2024 at 4:52 PM
To: "Burnes, Paysach A." [redacted]

# **PLEASE NOTE, THE INTERVIEW QUESTIONNAIRE, ALONG WITH OTHER PAPERWORK MUST BE UPLOADED INTO THE PORTAL PRIOR TO YOUR FINGERPRINT APPOINTMENT**

**HELLO APPLICANT!**

Thank you for submitting your firearm license application to the NYC Police Department Licensing Division. This letter is to inform you that you will be scheduled for a fingerprint and interview appointment.

A review of your application revealed that **YOU ARE MISSING MANDATORY DOCUMENTS**. The missing documents are itemized in the attached PDF with an interview questionnaire. Please **UPLOAD MISSING DOCUMENTS ALONG WITH YOUR INTERVIEW QUESTIONNAIRE COMPLETELY FILLED OUT BEFORE YOUR SCHEDULED APPOINTMENT.** If you need assistance finding forms or uploading your documents, please follow the “Upload Instructions” attached to this email.

**DO NOT SEND YOUR DOCUMENTS THROUGH EMAIL IT IS A MUST THAT YOU UPLOAD ALL DOCUMENTS TO YOUR PORTAL.**

The next step is to come in for fingerprinting. Your appointment has been scheduled for **THURSDAY, FEBRUARY 8TH, 2024,** BETWEEN THE HOURS OF **9AM-12PM**. You will report to **1 Police Plaza, Room 110A, New York, N.Y. 10038.**

**PLEASE BE ADVISED THAT YOUR APPLICATION WILL NOT BE PROCESSED WHILE DOCUMENTS ARE MISSING.**

-
Please allow 1-2 hours for complete processing

SHOULD YOU NEED TO RESCHEDULE YOUR APPOINTMENT PLEASE CONTACT IESHA.HOWARD@NYPD.ORG. THANK YOU. (If there are some documents you are not able to obtain before your appointment, you do not need to reschedule you can still be fingerprinted)

**PLEASE READ ADDITIONAL INSTRUCTIONS BEFORE CALLING WITH ANY INQUIRIES. PLEASE SAVE ALL ORIGINAL PAPERWORK AND HAVE IT EASILY ACCESSIBLE INCASE YOU NEED IT IN THE FUTURE FOR YOUR INVESTIGATOR.**

Sincerely,

FPT Howard.

646-610-6470

**NOTE:** Albany charges **$88.25** for fingerprinting. Fingerprint fees must be paid in person during your appointment. Major Debit/Credit cards are accepted forms of payment, as are exact money orders. **FINGERPRINT FEES ARE NON-REFUNDABLE**.

**2 attachments**

**NYPD-DOCUMENT PACKET.pdf**
955K

**BURNES, PAYSACH A. CHECKLIST.pdf**
444K

---

**Paysach Burnes** [redacted] Sun, Jan 21, 2024 at 1:02 PM
To: "HOWARD, IESHA" <IESHA.HOWARD@nypd.org>

Hi Iesha,

I am working on submitting all these documents before the interview/fingerprinting. The checklist is beneficial thank you!

The questionnaire asks me to put down the interviewer's name. Are you the one interviewing me?

Thank you,
Paysach
[Quoted te t hidden]
--
***All the best,***
***Paysach Burnes***
[redacted]

---

**HOWARD, IESHA** <IESHA.HOWARD@nypd.org> Mon, Jan 22, 2024 at 8:40 AM
To: Paysach Burnes <[redacted]

Good morning, no I am not your interviewer you can leave that part blank.

IESHA S. HOWARD
FINGERPRINT TECHNICIAN
LICENSE DIVISION
ONE POLICE PLAZA RM #110A
NEW YORK, NY 10038
O:646-610-6470

---

**From:** Paysach Burnes [redacted]>
**Sent:** Sunday, January 21, 2024 1:02 PM
**To:** HOWARD, IESHA <IESHA.HOWARD@nypd.org>
**Subject:** Re: NYPD APPOINTMENT LETTER/CHECKLIST

> You don't often get email from [redacted]. Learn why this is important

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

[Quoted text hidden]

---

**Paysach Burnes** [redacted]> Tue, Feb 6, 2024 at 12:36 PM
To: "HOWARD, IESHA" <IESHA.HOWARD@nypd.org>

Hi Iesha,

I submitted all the paperwork from the checklist. Looking forward to the appointment Thursday.

Thank you,
Paysach Burnes
[redacted]
[Quoted te t hidden]

---

**2 attachments**

**Outlook-ayrb23uf.png**
13K

**Outlook-ayrb23uf.png**
13K




# NYPD LICENSE DIVISION

## Handgun License Required Documents Checklist

**CHECK BOXES INDICATE MANDATORY DOCUMENTS THAT ARE, OR MAY BE, MISSING FROM YOUR APPLICATION.**

MISSING DOCUMENTS MUST BE UPLOADED BEFORE YOUR SCHEDULED APPOINTMENT.
FAILURE TO UPLOAD ALL DOCUMENTS PRIOR TO YOUR APPOINTMENT WILL RESULT IN YOUR APPOINTMENT BEING RESCHEDULED & APPLICATION PROCESSING DELAYS.

### For ALL License & Permit Types:

| Have | Need | |
|---|---|---|
| ☑ | ☐ | ***Valid State or Federal Photo Identification:*** *State drivers or non-drivers identification or a passport.* |
| ☑ | ☐ | ***Proof of Date of Birth.*** *Choose one (1) of the following:* <br>• *Birth certificate* • U.S. Passport • U.S. Military Record |
| ☐ | ☑ | ***Social Security Card*** |
| ☑ | ☐ | ***Proof of citizenship or legal United States Residence.*** *Choose one (1) of the following:* <br>• Passport <br>• Naturalization documents <br>• Alien Registration Card. If you have resided in the country for less than 7 years, also submit: <br>  ○ Certificate of good conduct, or equivalent thereof, from your country of origin (consulate) |
| ☑ | ☐ | ***Proof of residence.*** Choose one (1) of the following: <br>• Current utility bill. Acceptable utilities are: <br>  ○ Electric ○ Landline Telephone <br>  ○ Cable/Internet ○ Gas <br>• Copy of a current residential lease or document indicating ownership shares in a cooperative or condominium, **AND** signed and filed New York State Income Tax Return with matching address. |
| ☐ | ☑ | ***DMV Lifetime Abstract*** – https://dmv.ny.gov/dmv-records/get-my-own-driving-record-abstract |
| ☑ | ☐ | ***Affidavit of Co-Habitant Form (Notarized)*** – One for every person over the age of 18 who lives with you. |
| ☑ | ☐ | ***Acknowledgment of Person Agreeing to Safeguard Firearms Form*** - Must be completed by the safeguard <br>• ***AND*** **a copy of their State or Federal issued photo identification** |
| ☑ | ☐ | ***Affirmation of Understanding of NYS Penal Law Article 35, Article 265 and Article 400.*** |
| ☐ | ☑ | ***Two (2) notarized character reference letters*** – References must be lawful U.S. residents. No relatives. |
| ☐ | ☑ | ***Proof of Name Change, IF APPLICABLE.*** |
| ☐ | ☑ | ***All other currently held firearms licenses, IF APPLICABLE.*** Including: <br>• Other licenses or permits issued by New York City and/or New York State <br>• Licenses or permits issued by other States <br>• HR 218 card, pursuant to 18 U.S.C. 926(C) |
| ☐ | ☑ | ***Arrest information, IF APPLICABLE.*** Submit ALL of the following for EACH Arrest, Criminal Court Summons, OATH Summons, and/or Transit Adjudication Bureau Summons: <br>☐ **Certificate of Disposition** showing the offense and disposition of the charges. <br>  ○ **Certificate of Relief from Disabilities** - If your conviction or guilty plea is for a felony or a serious offense, as defined in New York State Penal Law § 265.00(17), an original, signed Certificate of Relief from Disabilities must be submitted. <br>  ☐ **Detailed written statement describing the circumstances surrounding each arrest or summons.** You must do this even if the case was dismissed, the record sealed or the case nullified by operation of law. |
| ☐ | ☑ | ***Domestic Incident Report Statement, IF APPLICABLE:*** Submit a written statement pertaining to EACH domestic incident in which you were involved which was reported to the police. Include a description of the incident, the date, the address, the names of the people involved, and their relationship to you. |

| Have | Need | |
|---|---|---|
| ☐ | ☑ | ***Order of Protection (OOP), IF APPLICABLE:*** Submit <u>ALL</u> of the following for <u>EACH</u> OOP to which you were a party: |

- **Copy of the OOP** – If unavailable, list: date and court of issuance, date of expiration, all named parties.
- **Detailed <u>written</u> statement** indicating the reason for issuance, and your relationship to all other parties named on the OOP

| | | |
|---|---|---|
| ☐ | ☑ | ***Military discharge, IF APPLICABLE.*** If you served in the United States armed forces, you must submit: |

- Your separation papers (DD 214), <u>and</u>
- Your discharge papers.

| | | |
|---|---|---|
| ☐ | ☐ | ***Other:*** ______________________ |

## "Premise Business" Licenses (in *addition* to documents listed above)

| Have | Need | |
|---|---|---|
| ☐ | ☐ | ***New York State Filing Receipt*** |
| ☐ | ☐ | ***Certificate of Incorporation <u>or</u> business certificate or partnership agreement*** |
| ☐ | ☐ | ***All applicable business licenses, permits, certificates, and/or registrations*** |
| ☐ | ☐ | ***Proof of Business.*** Choose two (2) of the following: |

- Bank Statement with business address
- Signed and filed New York State or Federal Corporate Tax Return with business name & address
- Current signed and dated lease (if applicable)
- Current utility bill. Acceptable utilities are:
  - Electric
  - Landline Telephone
  - Cable/Internet
  - Gas

| | | |
|---|---|---|
| ☐ | ☐ | ***Photographs of Business*** – Name and address of business must be clearly displayed |
| ☐ | ☐ | ***Photographs of Safe*** – Two (2) color photos of the safe, one with the door open and one with the door closed. Photos may not be stock images, and must depict the entirety of the safe, not merely a portion thereof. |

## "Concealed Carry" and/or "Special Carry" Licenses (in *addition* to documents listed above)

| Have | Need | |
|---|---|---|
| ☑ | ☐ | ***Proof of Completion of DCJS Approved 16-hr Training Course*** – Must be administered by a "duly authorized instructor" pursuant to P.L. 265.00(19) |
| ☐ | ☑ | ***Two (2) <u>additional</u> notarized character reference letters*** - References must be lawful U.S. residents |
| ☐ | ☐ | ***List of Current & Former Social Media Accounts for the Last Three (3) Years*** |
| ☐ | ☐ | ***Front and Back of Active New York State County <u>Carry</u> License (For "Special Carry" applicants only)*** |

## "Carry Guard" Licenses (in *addition* to documents listed above)

| Have | Need | |
|---|---|---|
| ☐ | ☐ | ***Proof of Completion of State Approved 47-hr Firearms Course*** |
| ☐ | ☐ | ***20-hour Worksheet*** |
| ☐ | ☐ | ***Letter of Necessity from your employer*** |
| ☐ | ☐ | ***Child Support Certification Form*** |

**Date Prepared/Sent:** 01/17/2024

Gmail

Paysach Burnes [REDACTED]

# Regarding Application No. CB2023[REDACTED]

3 messages

**Paysach Burnes** [REDACTED] Wed, Aug 7, 2024 at 8:00 AM
To: SANDRA.SMITH@nypd.org, april.cohen@nypd.org, kai.gibson@nypd.org, hugh.bogle@nypd.org

Dear License Division,

I am writing to follow up on my concealed carry license application, which I submitted on October 16, 2023, under the application number CB2023[REDACTED]. I completed the fingerprinting process on February 8, 2024.

As of today August 7, 2024, my application status is still pending investigation without any sign of movement. I am concerned as it has been well past the six-month mark and I have not yet been contacted by an investigator.

Please advise, what is the status on my application?

Thank you,
All the best,
Paysach Burnes
[REDACTED]

**Paysach Burnes** [REDACTED] Mon, Aug 19, 2024 at 2:27 PM
To: SANDRA.SMITH@nypd.org, april.cohen@nypd.org, kai.gibson@nypd.org, hugh.bogle@nypd.org

Hi License Division,

I am writing again to follow up on my concealed carry license application, which I submitted on October 16, 2023, under the application number CB2023[REDACTED]. I completed the fingerprinting process on February 8, 2024. There was no response to my previous email on August 7, 2024.

As of today, August 19, 2024, I still have not been contacted by an investigator, and the licensing portal hasn't shown any movement since my fingerprinting date on Feb 8, 2024.

Be advised that it is over the Six-month deadline to process my application according to New York Penal Code 400 subsection 4-b. I understand you can get busy which is why I am emailing you for an update.

Kindly respond with an update on the status of my application.

Thank you,
Paysach Burnes

On Wed, Aug 7, 2024 at 8:00 AM Paysach Burnes [REDACTED]> wrote:

> Dear License Division,
>
> I am writing to follow up on my concealed carry license application, which I submitted on October 16, 2023, under the application number CB2023[REDACTED]. I completed the fingerprinting process on February 8, 2024.
>
> As of today August 7, 2024, my application status is still pending investigation without any sign of movement. I am concerned as it has been well past the six-month mark and I have not yet been contacted by an investigator.
>
> Please advise, what is the status on my application?
>
> Thank you,
> All the best,
> Paysach Burnes
> [REDACTED]

--

***All the best,***
***Paysach Burnes***

---

**COHEN, APRIL** <APRIL.COHEN@nypd.org> Mon, Aug 19, 2024 at 2:39 PM
To: Paysach Burnes

GOOD AFTERNOON.

YOUR APPLICATION HAS BEEN ASSIGNED TO INVESTIGATOR PAUL KIM @ 646-610-6493

INVESTIGATOR COHEN

---

**From:** Paysach Burnes
**Sent:** Monday, August 19, 2024 2:27 PM
**To:** SMITH, SANDRA <SANDRA.SMITH@nypd.org>; COHEN, APRIL <APRIL.COHEN@nypd.org>; GIBSON, KAI <KAI.GIBSON@nypd.org>; BOGLE, HUGH <HUGH.BOGLE@nypd.org>
**Subject:** Re: Regarding Application No. CB2023

Some people who received this message don't often get email from . Learn why this is important

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password.
**Suspicious?** Please report to this email address: reportphishing@nypd.org

Hi License Division,

I am writing again to follow up on my concealed carry license application, which I submitted on October 16, 2023, under the application number CB2023019072. I completed the fingerprinting process on February 8, 2024. There was no response to my previous email on August 7, 2024.

As of today, August 19, 2024, I still have not been contacted by an investigator, and the licensing portal hasn't shown any movement since my fingerprinting date on Feb 8, 2024.

Be advised that it is over the Six-month deadline to process my application according to New York Penal Code 400 subsection 4-b. I understand you can get busy which is why I am emailing you for an update.

Kindly respond with an update on the status of my application.

Thank you,
Paysach Burnes

On Wed, Aug 7, 2024 at 8:00 AM Paysach Burnes wrote:

> Dear License Division,
>
> I am writing to follow up on my concealed carry license application, which I submitted on October 16, 2023, under the application number CB2023. I completed the fingerprinting process on February 8, 2024.
>
> As of today August 7, 2024, my application status is still pending investigation without any sign of movement. I am concerned as it has been well past the six-month mark and I have not yet been contacted by an investigator.
>
> Please advise, what is the status on my application?
>
> Thank you,

Gmail **Paysach Burnes**

## Request for Documents

2 messages

**KIM, PAUL** <PAUL.KIM@nypd.org> Mon, Nov 4, 2024 at 10:28 AM
To: "Burnes, Paysach A." >

Mr. Burnes,

Per our brief discussion, provide a recent Conedison utility bill.

Once you have all your documents, upload them to your application online.

You can contact me at 646-610-6543 or via email at Paul.Kim@nypd.org for further discussion.

Best,

Investigator Kim

---

**Paysach Burnes** Mon, Nov 4, 2024 at 10:30 AM
To: "KIM, PAUL" <PAUL.KIM@nypd.org>

Hi Investigator Kim,

Thank you for following up on the missing document. Attached is the bill. I will also upload it through the portal now.

All the best,
Paysach
[Quoted te t hidden]
--
***All the best,***
***Paysach Burnes***

---

**Burnes Con Ed bill Oct24.pdf**
242K



Submitted - Government Portal
licensing.nypdonline.org/permitappl-checkstatus/
Unique Way To Get...
Free Accounting Sof...
courses
Notary Licensing Cl...
All Bookmarks
NYPD
LICENSE DIVISION
Burnes, Paysach A.
Home > Submitted
Submitted
Application
Application Status
Application Type
Renewal?
Modified On
CB202
Approved
Concealed Carry
No
11/11/2024 8:50 AM


Paysach Burnes [redacted]>

# NYPD Firearms License Division - Application Determination

1 message

**BOGLE, HUGH** <HUGH.BOGLE@nypd.org> Mon, Nov 11, 2024 at 8:52 AM
To: "Burnes, Paysach A." [redacted]>

Dear Applicant,

Attached please find the decision pertaining to your License Division application along with instructions regarding purchasing and registering your firearm(s).

Sincerely,

License Division

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act.

If you are not the intended recipient, please contact the sender and destroy all copies of this communication. Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSTIVE/FOR OFFICIAL USE ONLY.

---

**2 attachments**

**Purchase & Issuing Instructions.docx**
16K

**APPROVAL LETTER - BURNES signed.pdf**
103K





**Paysach Burnes** [redacted]>

# Firearms Purchase - License for PAYSACH BURNES

2 messages

**Paysach Burnes** [redacted]> Sun, Dec 8, 2024 at 8:00 AM
To: DG_LIC-Purchaseorders@nypd.org

Hi Licensing Division,

I'm requesting a purchase authorization to pick up my firearm.

Please see the attached pictures of:

- two photos of the safe storage
- two photos of the firearm (black)
- Serial number of the firearm
- Receipt/ bill of sale of firearm's purchase

Please let me know if anything else is needed.

Thank you,
Paysach Burnes

LICENSE DIVISION
License Processing Section
One Police Plaza Room 152B
New York, NY 10038
Tel: (646) 610-5560

APPLICATION # CB202[redacted]
LICENSE # CB202[redacted]
DATE: 11/04/2024

PAYSACH A. BURNES
[redacted]

NOTICE OF APPLICATION APPROVAL

Dear Applicant:

Your application for a NYC handgun license has been conditionally approved for the following type of license:

Concealed Carry License

Use this letter to purchase a firearm from a Federally Licensed Firearms dealer (FFL). Firearms purchased must comply with NYC Rules & Regulations.

THE DEALER WILL PROVIDE YOU WITH A BILL OF SALE, BUT WILL NOT RELEASE THE FIREARM TO YOU AT THIS TIME.

HAVE THE DEALER WRITE YOUR NICS# HERE: [redacted]
REMEMBER TO TAKE 2 COLOR PHOTOGRAPHS OF YOUR FIREARM!

Once you purchase your firearm, you must email the License Division at: DG_LIC-Purchaseorders@nypd.org within 72 hours to request an appointment to pick up your license.

Violations of the rules and regulations associated with your license will result in its suspension or revocation.

By the Direction of,

INSPECTOR HUGH BOGLE Digitally signed by INSPECTOR HUGH BOGLE Date: 2024.11.11 08:51:16 -05'00'

Inspector Hugh Bogle
Commanding Officer

CS Scanned with CamScanner

SentrySafe

P365
SIG SAUER
P365
MACRO

365
MACRO
ELEBRATING ALL THINGS
SIG

Coliseum Gun
Traders LTD
1100 Hempstead Turnpike
Suite 110
Uniondale, NY 11553
516-481-3593
FFL 6-11-059-01-5E-04800 NYS D-8 6-17
ALL FIREARMS AND AMMUNITION
SALES ARE FINAL
*** Duplicate ***

Ticket #102-10239 User: GARY
Station: 101-03 Sales Rep JOSEP
12/6/2024 1:10:22 PM

| Item Description | Qty | Price | Total |
| --- | --- | --- | --- |
| FIREARM_FEE Firearm Transfer Fee | 1 | 9.00 | Unshipped |
| 798681681778 | 1 | 735.00 | Unshipped |

365xca [redacted]
Serial [redacted]
Bound [redacted]
ATF Type: Pistol
Manufac[redacted] SIG SAUER
Model [redacted]
Calibe[redacted]
Barre[redacted]
Color[redacted]

Tender:

VISA 807.39
XXXXXXXXXXXX8007
Swiped Auth: 00591C

Lwy amt recvd 807.39

Lwy # 102-04623
Lwy total 807.39
Lwy amt due 0.00

Paysach Aryeh-Lieb Burnes
2625 East 65th
rear apartment
Brooklyn, NY 11234
2012204047
NICS # [redacted]
Thanks for [redacted] Coliseum Gun Traders
home of the best firearms selection
in the NY Metro area for over 40 years.
Deposits will be held for 30 days
No Cash Refunds-Store Credit Only

Access to a weapon or firearm in the
home significantly increases the risk
of suicide, death during domestic
disputes, and/or unintentional
deaths to children, household
members and others.
If you or a loved one is
experiencing distress and/or
depression, call the national
suicide prevention lifeline at 988

*2033415485 37*

--
***All the best,***
***Paysach Burnes***
[redacted]

**application#CB2023**[redacted]**pdf**
1692K

---

**Paysach Burnes** [redacted] Mon, Dec 30, 2024 at 8:59 AM
To: DG_LIC-Purchaseorders@nypd.org

Dear Licensing Division,

I hope you are doing well.

I submitted all the pictures on December 8, 2024. For your convenience, I took the liberty of writing out all the handgun details below:

- **Firearm Serial Number**: [redacted]
- **Make**: SIG SAUER
- **Model**: P365xca-9-bxr3-10
- **Caliber**: 9mm
- **Barrel Length**: 3.1 inches
- **Color**: Black

To further assist, I am also reattaching the requested pictures.

If you need any more information or documentation to complete the process, please do not hesitate to let me know.

Thank you for your attention to this matter.

Best regards,
Paysach Burnes
[Quoted text hidden]

---

**application#CB2023[redacted](1).pdf**
1692K


Paysach Burnes

# New handgun purchase for Paysach Burnes

1 message

**Paysach Burnes** Wed, Jan 8, 2025 at 8:30 AM
To: lynette.spears@nypd.org, hugh.bogle@nypd.org

Hi Lynette,

I hope you are doing well.

I emailed DG_LIC-Purchaseorders@nypd.org with all the pictures of my handgun purchase and safe storage on 12/08/2024.

As of today 01/08/2025, my license is still "Issue Pending" in the portal. I attached a screenshot for reference.

To assist, I am reattaching the images along with the license number and handgun serial number.

- **License number:** CB2024
- **Handgun Serial Number:**
- **Make:** SIG SAUER
- **Model:** P365xca-9-bxr3-10
- **Caliber:** 9mm
- **Barrel Length:** 3.1 inches
- **Color:** Black

If there is anything else you need to complete the process, please do not hesitate to let me know.

Thank you for your assistance, and I appreciate your attention to this matter.
Best regards,




POLICE DEPARTMENT
LICENSE DIVISION
1 POLICE PLAZA, ROOM 152B
NEW YORK, NY 10038

**RETURN SERVICE REQUESTED**

NEW YORK NY 100
16 JAN 2025 PM 13

FIRST CLASS

To: Paysack A. Burnes

FOR POLICE EMERGENCY ONLY DIAL 911

11234-682325

CamScanner