Gmail

Jay Tsulis ███████████

## Payment Receipt ███████ from NYC CityPay
1 message

**noreply@finance.nyc.gov** <noreply@finance.nyc.gov>
To: ████████████████

Sat, Nov 26, 2022 at 11:49 AM

NYC CityPay

# Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $346.80 |
| **Receipt Number:** | ███████████ |
| **Transaction Date:** | 11/26/2022 11:49:45 AM |
| **Payment Type:** | VISA *********** ██ |

Thank you for your order. This e-mail will serve as confirmation that your payment was received. Please do not reply to this e-mail.

Please keep this for your records.

Handgun License Application Fee                                    $340.00

**Item Total:** $340.00
**Service Fee:** $6.80
**Payment Amount:** $346.80

 Gmail

Jay Tsulis ▮▮▮▮▮▮▮▮▮▮▮▮ >

## Handgun Submitted application
3 messages

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>                                        Sat, Nov 26, 2022 at 11:50 AM
To: "Tsulis, Jason M." ▮▮▮▮▮▮▮▮▮▮ m>

Dear Tsulis. Jason M.

The New York City Police Department License Division has received your application for Premise Residence handgun license. Payment of your
application fee was also received. Your application number is PR2022▮▮▮▮▮.

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents).  The fee
must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**

- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**
1 Police Plaza, Room 110A, New York, NY 10038

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Deputy Inspector Hugh Bogle
Commanding Officer
License Division

**Jay** ▮▮▮▮▮▮▮▮▮▮▮▮ >                                                                Wed, Jul 19, 2023 at 2:45 PM
To: "NYPD-Work, SERVICE" <donotreplylicdiv@nypd.org>

Greetings Officers,

First and foremost, thank you for your work on my application, and your service to the community as a whole.

The reason for this email is an inquiry on the next steps on my application process.

I applied on Nov 26, 2022. I had my fingerprints taken about 6 months later, on May 19, 2023.
Given that it's been 61 days since fingerprinting and that I haven't heard from you since, I wanted to inquire about the status of my application.

Thank you again and I look forward to hearing from you.

Jason Tsulis
[Quoted text hidden]

**postmaster@nypdonline.onmicrosoft.com** <postmaster@nypdonline.onmicrosoft.com>              Wed, Jul 19, 2023 at 2:45 PM
To ▮▮▮▮▮▮▮▮▮▮▮▮

 Office 365

\rxu#p hvvdjh#wr **donotreplylicdiv@nypd.org**#frx&gq#w/vh#ghdyhug1

 Gmail                                                                                 **Jay Tsulis**

---

# NYPD LICENSE DIVISION- APPOINTMENT LETTER / CHECKLIST
4 messages

---

**BERNARD, MARK** <MARK.BERNARD@nypd.org>                                          Thu, May 4, 2023 at 7:36 AM
To: "Tsulis, Jason M." ·                              n>

Good morning,

Thank you for submitting your firearm license application to the NYC Police Department Licensing Division.

A review of your application revealed that **YOU ARE MISSING MANDATORY DOCUMENTS**. The missing documents are itemized in the attached pdf checklist. Please **UPLOAD MISSING DOCUMENTS BEFORE YOUR SCHEDULED APPOINTMENT.** If you need assistance finding forms or uploading your documents, please follow the "Upload Instructions" attached to this email.

The next step is to come in for fingerprinting and an interview with an investigator. Your appointment has been scheduled for:
**FRIDAY, MAY 19, 2023** at **10:00 A.M.** at
**1 Police Plaza, Room 110A, New York, N.Y. 10038**
Should you need to re-schedule your appointment, please contact me by replying to this email.

**NO FINGERPRINTING OR INTERVIEW WILL OCCUR UNLESS ALL PAPERWORK IS SUBMITTED. YOUR APPLICATION WILL NOT BE PROCESSED WHILE DOCUMENTS ARE MISSING**. Applicants who appear for their appointment with an incomplete application will be rescheduled. Please allow 2-3 hours for complete processing. Fingerprinting and interview must be conducted during the same appointment, they will not be split between separate appointment dates.

**PLEASE VIEW CHECKLIST ON A LAPTOP COMPUTER, DESKTOP COMPUTER, OR TABLET. MOBILE PHONES ARE NOT COMPATIBLE WITH THE PDF FORMAT AND ALL IMAGES MAY NOT BE DISPLAYED.**

Sincerely,

P.O. BERNARD
1 (646) 610-6465

**NOTE:** Please be advised that Albany charges **$88.25** for fingerprinting. Fingerprint fees must be paid in person during your appointment. Major Debit/Credit cards are accepted forms of payment, as are exact money orders. **FINGERPRINT FEES ARE NON-REFUNDABLE.**

---

**6 attachments**



📄 **TSULIS, JASON M..pdf**
366K

📄 **LICENSE DIVISION AFFIRMATION OF 35-265-400.pdf**
214K

📄 **LICENSE DIVISION SAFEGUARD FORM.pdf**
3597K

📄 **INTERVIEW QUESTIONAIRE (2023).pdf**
602K

📄 **LICENSE DIVISION ADDITIONAL INSTRUCTIONS.docx**
16K

📄 **LICENSE DIVISION UPLOAD INSTRUCTIONS.docx**
39K

**Jay** <                                                                        Thu, May 4, 2023 at 11:09 AM
To: "1sulis, Jay"                              >

[Quoted text hidden]

---

**6 attachments**

📄 **TSULIS, JASON M..pdf**
366K

📄 **LICENSE DIVISION AFFIRMATION OF 35-265-400.pdf**
214K

📄 **LICENSE DIVISION SAFEGUARD FORM.pdf**
3597K

📄 **INTERVIEW QUESTIONAIRE (2023).pdf**
602K

📄 **LICENSE DIVISION ADDITIONAL INSTRUCTIONS.docx**
16K

📄 **LICENSE DIVISION UPLOAD INSTRUCTIONS.docx**
39K

---

**Jay**                                                                          Tue, May 30, 2023 at 9:20 AM
To: "BERNARD, MARK" <MARK.BERNARD@nypd.org>

Dear Officer Bernard,

First and foremost, thank you for you work on the matter of my licensing; it is greatly appreciated.

I am emailing to inquire on next steps. After I completed my fingerprinting on the prescribed date on May 19, the employee who assisted me advised me that I am supposed to receive an update via email or call and, unfortunately, I have not received either.

Is there a chance you could please advise?

Kind thanks,
Jason Tsulis
[Quoted text hidden]

---

**BERNARD, MARK** <MARK.BERNARD@nypd.org>                                        Wed, May 31, 2023 at 7:54 AM
To: Jay

Your application is currently on a queue awaiting to be assigned an investigator. Once you are assigned an investigator, they will contact you concerning the remainder of the process. Thank you.

---

**From:** Jay <                    m>
**Sent:** Tuesday, May 30, 2023 9:20 AM
**To:** BERNARD, MARK <MARK.BERNARD@nypd.org>
**Subject:** Re: NYPD LICENSE DIVISION- APPOINTMENT LETTER / CHECKLIST

You don't often get email from                    :om. Learn why this is important

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

[Quoted text hidden]

2/10/25, 7:00 PM                              Gmail - Request for Change of Address, and progress inquiry

 Gmail                                                                    **Jay Tsulis**

---

## Request for Change of Address, and progress inquiry
5 messages

---

**Jay ·**                                                              Sat, Jul 22, 2023 at 11:41 AM
To: "BERNARD, MARK" <MARK.BERNARD@nypd.org>

Dear Officer Bernard,

First and foremost, thank you for your work on my application, and your service to the community as a whole.

The reason for this email is an inquiry on the next steps in my application process. Unfortunately all related email accounts on the NYPD Licensing Div website are non functional, and so are the phone numbers so my pool for whom to contact is limited.

- I applied on Nov 26, 2022. I had my fingerprints taken about 6 months later, on May 19, 2023. Given that it's been 61 days since fingerprinting and that I haven't heard from you since, I wanted to inquire about the status of my application.
- I have been attempting to change my address on my profile for several months, but there is no such option, nor will anyone pick up the phone. Would you kindly advise me on how to do this?

Thank you again and I look forward to hearing from you.

Jason Tsulis

---

**BERNARD, MARK** <MARK.BERNARD@nypd.org>                    Mon, Jul 24, 2023 at 8:05 AM
To: Jay

Your application is no longer with us here at the Intake / Fingerprint Section. Your application is currently awaiting to be assigned an investigator. There is no estimated time of how long it will take to be assigned an investigator at this time. You will be contacted via email and/or telephone call when you are assigned an investigator. We thank you for your patience. Please email us your new address and we will notate it on your file.

P.O. Bernard

License Division

---

**From:** Jay ·                           ɔm>
**Sent:** Saturday, July 22, 2023 11:41 AM
**To:** BERNARD, MARK <MARK.BERNARD@nypd.org>
**Subject:** Request for Change of Address, and progress inquiry

You don't often get email from                         ɔm. Learn why this is important

**CAUTION! EXTERNAL SENDER**

2/10/25, 7:00 PM                                                Gmail - Request for Change of Address, and progress inquiry

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

[Quoted text hidden]

---

**Jay** <_____@gmail.com>                                                           Mon, Jul 24, 2023 at 8:23 AM
To: "BERNARD, MARK" <MARK.BERNARD@nypd.org>

Dear Officer Bernard,

Thank you for your response. My new address is:

**Jason Tsulis**


**New York, NY,**

All relevant documents indicating the validity of this address have already been uploaded.

Thank you once more for your assistance.
Jason Tsulis
[Quoted text hidden]

---

**BERNARD, MARK** <MARK.BERNARD@nypd.org>                                          Mon, Jul 24, 2023 at 8:35 AM
To: Jay <                    >

Good morning,

Please be advised that we have updated our records to show that you have a new address o₁
⎯                     Jew York, NY           You will not be able to see this change, but upon approval of youι
license, it will reflect the correct address. Thank you.


P.O. Bernard

License Division

**From:** Jay <                    .om>
**Sent:** Monday, July 24, 2023 8:23 AM
**To:** BERNARD, MARK <MARK.BERNARD@nypd.org>
**Subject:** Re: Request for Change of Address, and progress inquiry

[Quoted text hidden]

---

**Jay** <                    >                                                     Mon, Jul 24, 2023 at 8:47 AM
To: "BERNARD, MARK" <MARK.BERNARD@nypd.org>

Deeply appreciated, thank you Sir.
[Quoted text hidden]

 **Gmail**                                                                                    **Jay Tsulis**

---

## Pending licence application
2 messages

---

**Jay ·                                  om>**                                            Mon, Oct 23, 2023 at 2:11 PM
To: DG_LIC-HandgunNewApps@nypd.org, HandgunNewApps@nypd.org
Bcc: Mike Edelson <michaeledelson@gmail.com>

Dear all,

I'm contacting you in regards to my pending application for a premises license (PR2022████)

I applied on Nov 26, 2022. I had my fingerprints taken about 6 months later, on May 19, 2023.
Given that it's been 218 days since fingerprinting and a total of 331 days since my application, and that I haven't heard from you since, I wanted to inquire about the status of my application.

Thank you,
Jason Tsulis

---

**Mail Delivery Subsystem <mailer-daemon@googlemail.com>**                        Mon, Oct 23, 2023 at 2:11 PM
To:                                          om

 ## Message blocked

Your message to **HandgunNewApps@nypd.org** has been blocked. See technical details below for more information.

The response from the remote server was:

```
550 5.4.1 Recipient address rejected: Access denied. AS(201806281) [BL0GCC02FT016.eop-
gcc02.prod.protection.outlook.com 2023-10-23T18:11:46.549Z 08DBD3D47D6DE839]
```

Final-Recipient: rfc822; HandgunNewApps@nypd.org
Action: failed
Status: 5.4.1
Remote-MTA: dns; nypd-org.mail.protection.outlook.com. (104.47.64.110, the
 server for the domain nypd.org.)
Diagnostic-Code: smtp; 550 5.4.1 Recipient address rejected: Access denied. AS(201806281) [BL0GCC02FT016.eop-
gcc02.prod.protection.outlook.com 2023-10-23T18:11:46.549Z 08DBD3D47D6DE839]
Last-Attempt-Date: Mon, 23 Oct 2023 11:11:47 -0700 (PDT)

---------- Forwarded message ----------
From: Jay <                        om>

 **NYPD** LICENSE DIVISION



Home > Submitted

# Submitted

| Application ↑ | Application Status | Application Type | Renewal? | Modified On |
|---|---|---|---|---|
| CB2024 | Approved | CONCEALED CARRY | No | 4/29/2024 2:09 PM |
| PR2023 | Approved | Premise Residence | No | 11/30/2023 8:11 AM |
| RS2024 | Approved | Rifle/Shotgun | No | 4/29/2024 2:16 PM |

2/10/25, 7:05 PM                    Gmail - Letter received - Request for Change of Address

 **Gmail**                                          **Jay Tsulis**                    n>

---

# Letter received - Request for Change of Address
7 messages

---

**Jay <                    m>**                                        Thu, Dec 14, 2023 at 2:53 PM
To: maribel.tapia@nypd.com
Bcc:                                      ┐>

Dear Officer Tapia,

My name is Jason Tsulis and I came to know you are my assigned investigator. I received my letter of approval today, and I wish to thank you for your work on the matter.

I need to report to you, however, that the letter was sent to my old address. I have attempted to change my address in the past and, from the forwarded email below, you may see that I was assured that it was updated. While I was (barely) able to track the letter down this time, I fear I might not be so lucky when you send out my license.

To that end, I called your Dept and I was given your email and the instruction to email you the attached files: pictures of my updated ID and a utility bill, and kindly request that my address is this time successfully updated.

My current and correct address is:

**Jason Tsulis**

.
**New York, NY,**

Thank you again for your work and looking forward to your reply.

Best,
Jason Tsulis


---------- Forwarded message ---------
From: **BERNARD, MARK <MARK.BERNARD@nypd.org>**
Date: Mon, Jul 24, 2023 at 8:35 AM
Subject: Re: Request for Change of Address, and progress inquiry
To: Jay <

Good morning,

Please be advised that we have updated our records to show that you have a new address of
                        ∴ New York, NY              u will not be able to see this change, but upon approval of your license, it will reflect the correct address. Thank you.


P.O. Bernard

License Division

---

**From:** Jay <                    ᴗ
**Sent:** Monday, July 24, 2023 8:23 AM

https://mail.google.com/mail/u/0/?ik=a41cf950bf&view=pt&search=all&permthid=thread-a:r1909767559201611051&simpl=msg-a:r2377420515681649...    1/6

**To:** BERNARD, MARK <MARK.BERNARD@nypd.org>
**Subject:** Re: Request for Change of Address, and progress inquiry

Dear Officer Bernard,

Thank you for your response. My new address is:

**Jason Tsulis**

**New York, NY,**

All relevant documents indicating the validity of this address have already been uploaded.

Thank you once more for your assistance.
Jason Tsulis

On Mon, Jul 24, 2023, 08:05 BERNARD, MARK <MARK.BERNARD@nypd.org> wrote:

Your application is no longer with us here at the Intake / Fingerprint Section. Your application is currently awaiting to be assigned an investigator. There is no estimated time of how long it will take to be assigned an investigator at this time. You will be contacted via email and/or telephone call when you are assigned an investigator. We thank you for your patience. Please email us your new address and we will notate it on your file.

P.O. Bernard

License Division

---

**From:** Jay
**Sent:** Saturday, July 22, 2023 11:41 AM
**To:** BERNARD, MARK <MARK.BERNARD@nypd.org>
**Subject:** Request for Change of Address, and progress inquiry

You don't often get email from                    ail.com. Learn why this is important

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

Dear Officer Bernard,

First and foremost, thank you for your work on my application, and your service to the community as a whole.

The reason for this email is an inquiry on the next steps in my application process. Unfortunately all related email accounts on the NYPD Licensing Div website are non functional, and so are the phone numbers so my pool for whom to contact is limited.

- I applied on Nov 26, 2022. I had my fingerprints taken about 6 months later, on May 19, 2023. Given that it's been 61 days since fingerprinting and that I haven't heard from you since, I wanted to inquire about the status of my application.

- I have been attempting to change my address on my profile for several months, but there is no such option, nor will anyone pick up the phone. Would you kindly advise me on how to do this?

Thank you again and I look forward to hearing from you.

Jason Tsulis

---

**3 attachments**



**ConEd Bill.jpg**
457K



**Jay License Back.jpg**
744K



**Jay License Front.jpg**
751K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Thu, Dec 14, 2023 at 2:53 PM
To:



## Message blocked

Your message to **maribel.tapia@nypd.com** has been blocked.
See technical details below for more information.

The response from the remote server was:

2/10/25, 7:05 PM                                    Gmail - Letter received - Request for Change of Address

```
550 5.4.1 Recipient address rejected: Access denied. [CY4PEPF0000EE3E.namprd03.prod.outlook.com
2023-12-14T19:53:58.368Z 08DBFCACA1AE2D57]
```

Final-Recipient: rfc822; maribel.tapia@nypd.com
Action: failed
Status: 5.4.1
Remote-MTA: dns; nypd-com.mail.protection.outlook.com. (52.101.40.6, the
   server for the domain nypd.com.)
Diagnostic-Code: smtp; 550 5.4.1 Recipient address rejected: Access denied. [CY4PEPF0000EE3E.namprd03.
prod.outlook.com 2023-12-14T19:53:58.368Z 08DBFCACA1AE2D57]
Last-Attempt-Date: Thu, 14 Dec 2023 11:53:58 -0800 (PST)


---------- Forwarded message ----------
From: Jay                    .com>
To: maribel.tapia@nypd.com
Cc:
Bcc:
Date: Thu, 14 Dec 2023 14:53:42 -0500
Subject: Letter received - Request for Change of Address
----- Message truncated -----
```

---

**Jay** <                    >                                    Tue, Dec 19, 2023 at 4:13 PM
To: maribel.tapia@nypd.com

Hello,

I'd like to follow up on the below.

Thank you,
Jason Tsulis
[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Tue, Dec 19, 2023 at 4:13 PM
To:



## Message blocked

Your message to **maribel.tapia@nypd.com** has been blocked.
See technical details below for more information.

**The response from the remote server was:**

```
550 5.4.1 Recipient address rejected: Access denied. [CY4PEPF0000EE3E.namprd03.prod.outlook.com
2023-12-19T21:13:36.917Z 08DBFDEAEAE20B1B]
```

2/10/25, 7:05 PM                     Gmail - Letter received - Request for Change of Address

Final-Recipient: rfc822; maribel.tapia@nypd.com
Action: failed
Status: 5.4.1
Remote-MTA: dns; nypd-com.mail.protection.outlook.com. (52.101.40.6, the
 server for the domain nypd.com.)
Diagnostic-Code: smtp; 550 5.4.1 Recipient address rejected: Access denied. [CY4PEPF0000EE3E.namprd03.
prod.outlook.com 2023-12-19T21:13:36.917Z 08DBFDEAEAE20B1B]
Last-Attempt-Date: Tue, 19 Dec 2023 13:13:36 -0800 (PST)


---------- Forwarded message ----------
From: Jay <                      m>
To: maribel.tapia@nypd.com
Cc:
Bcc:
Date: Tue, 19 Dec 2023 16:13:24 -0500
Subject: Re: Letter received - Request for Change of Address
----- Message truncated -----

---

**Jay <                     >**                                    Tue, Dec 19, 2023 at 7:07 PM
To: maribel.tapia@nypd.org

Dear Officer Tapia,

**I'd like to follow up on the below.**

Thanks again,
Jason Tsulis

On Thu, Dec 14, 2023, 14:53 Jay <minas.tsulis@gmail.com> wrote:
[Quoted text hidden]

---

**TAPIA, MARIBEL <MARIBEL.TAPIA@nypd.org>**                        Wed, Dec 20, 2023 at 10:11 AM
To: Jay                          >

please call when you get a chance.

Cordially,



**_Police Officer Tapia_**
_New York City Police Department_
_License Division_
_Office (718) 520-6439_
_Maribel.Tapia@nypd.org_

---

**From:** Jay <                      >
**Sent:** Tuesday, December 19, 2023 7:07 PM
**To:** TAPIA, MARIBEL <MARIBEL.TAPIA@nypd.org>
**Subject:** Re: Letter received - Request for Change of Address

Gmail - Letter received - Request for Change of Address

[Quoted text hidden]

---

**Jay** <_____ ____ n>                                    Thu, Dec 21, 2023 at 11:01 AM
To: "TAPIA, MARIBEL" <MARIBEL.TAPIA@nypd.org>

Dear Officer Tapia,

I just wanted to let you know that everything seems in order and my address now looks updated. So I want to thank you very much, and wish a Merry Christmas to you and your loved ones!

Thanks again,
Jason Tsulis

PS: I'm not sure if you're still involved in my process from this point on, but do you have an idea when I should expect my license to arrive in the mail? It would give me great joy to have it within the holidays, and I'm trying to manage my expectations. Thanks again!!

[Quoted text hidden]

---

**2 attachments**


**Outlook-o0kkwdt3.png**
53K


**Outlook-o0kkwdt3.png**
53K

2/10/25, 7:07 PM                                    Gmail - ADDRESS CONFIRMATION

 Gmail                                                         Jay Tsulis <████████████████

---

## ADDRESS CONFIRMATION
8 messages

---

**GIBSON, KAI** <KAI.GIBSON@nypd.org>                              Thu, Jan 4, 2024 at 2:21 PM
To: '                        <              .>

Good Afternoon:

I'm currently working on your gun license, and we have two addresses listed for you.  Please confirm which is your home address:



### NEW YORK, NY

OR



### NEW YORK, NY

*SPAA Kai Gibson*

**License Division**

{E-mail} **kai.gibson@nypd.org**

---

**Jay <** _____ ~~              **Thu, Jan 4, 2024 at 2:37 PM**
To: "GIBSON, KAI" <KAI.GIBSON@nypd.org>

Hello there,

Thank you so much for your work on my license.

The correct address is

Jason Tsulis
:

, ___,
New York, N`

Thank you again,
Jason Tsulis
[Quoted text hidden]

---

**Jay <**          is@ _              **Thu, Jan 4, 2024 at 2:47 PM**
To: "GIBSON, KAI" <KAI.GIBSON@nypd.org>

Dear Mr Gibson,

---

Please forgive my anxiety on this matter; but If you would kindly acknowledge receipt of my previous reply containing the correct address, I'd appreciate it deeply.

Kind thanks,
Jason Tsulis

[Quoted text hidden]

---

**Jay** <                                                                          Thu, Jan 4, 2024 at 2:53 PM
To:

[Quoted text hidden]

---

**GIBSON, KAI** <KAI.GIBSON@nypd.org>                                    Thu, Jan 4, 2024 at 5:27 PM
To: Jay <

I received it

*SPAA Kai Gibson*

**License Division**

{E-mail} **kai.gibson@nypd.org**

---

**From:** Jay <
**Sent:** Thursday, January 4, 2024 2:47 PM
**To:** GIBSON, KAI <KAI.GIBSON@nypd.org>
**Subject:** Re: ADDRESS CONFIRMATION

> You don't often get email from ·                      . Learn why this is important

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?**  Please report to this email address: reportphishing@nypd.org

[Quoted text hidden]

---

**Jay** <                                                                          Thu, Jan 4, 2024 at 5:28 PM
To: "GIBSON, KAI" <KAI.GIBSON@nypd.org>

Thank you, sir!
Very much looking forward!

Best wishes,
Jason Tsulis

[Quoted text hidden]

---

**Jay** <                                                                          Sun, Jan 7, 2024 at 9:53 PM
To: "GIBSON, KAI" <KAI.GIBSON@nypd.org>

Dear Mr Gibson,

I hope you enjoyed a great weekend.
I'm writing to you in hopes of receiving some status update on my license, as I have not yet received it.

Kind thanks and looking forward to your reply.

Kind regards,
Jason Tsulis
[Quoted text hidden]

---

**Jay ·**                                                           Wed, Jan 10, 2024 at 8:26 AM
To: "GIBSON, KAI" <KAI.GIBSON@nypd.org>

Dear Mr Gibson,

I have been trying to contact you for a while, regarding an update.
Could you please confirm if my license has or has not been sent?

Thank you,
Jason Tsulis
[Quoted text hidden]

2/10/25, 7:08 PM                                          Gmail - Your Daily Digest for Thu, Jan 11

 **Gmail**                                                          Jay Tsulis - ██████████████

---

**Your Daily Digest for Thu, Jan 11**
1 message

---

USPS Informed Delivery <USPSInformeddelivery@email.informeddelivery.usps.com>        Thu, Jan 11, 2024 at 7:16 AM
To

You have mail and packages arriving soon.                                            1/11/2024

 **COMING TO YOUR MAILBOX SOON.**



                                                                    [View all mail on dashboard](#)



**Do more with your mail**

 Set a Reminder

**Arriving This Week**

---

2/10/25, 7:08 PM    Gmail - Your Daily Digest for Thu, Jan 11

No mail available to display.



# PACKAGES

**View and manage all packages on dashboard**

## Arriving Today                                    Thursday, Jan 11

No packages available to display.

## Arriving Soon

Fulex LLC

Estimated Delivery on: Friday, Jan 12

## Outbound

No packages available to display.



**Refer friends and family to Informed Delivery!**

Refer via Email          Refer via Text

| | |
|---|---|
| **From:** | Jay |
| **Sent:** | Friday, February 28, 2025 10:39 AM |
| **To:** | Tsulis, Jay |
| **Subject:** | Fwd: Payment Receipt ▮▮▮▮▮▮▮ om NYC CityPay |

<span style="color:red">**EXTERNAL email from:**</span>

---------- Forwarded message ---------
From: <noreply@finance.nyc.gov>
Date: Thu, Feb 1, 2024, 22:11
Subject: Payment Receipt #              rom NYC CityPay
To: <

 NYC CityPay

# Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $142.80 |
| **Receipt Number:** | |
| **Transaction Date:** | 02/01/2024 10:11:23 PM |
| **Payment Type:** | VISA *********** |

Thank you for your order. This e-mail will serve as confirmation that your
payment was received. Please do not reply to this e-mail.

Please keep this for your records.

Rifle/Shotgun Permit Application Fee                                    $140.00

**Item Total:** $140.00
**Service Fee:** $2.80
**Payment Amount: $142.80**

| | |
|---|---|
| **From:** | Jay · |
| **Sent:** | Friday, February 28, 2025 10:40 AM |
| **To:** | Tsulis, Jay |
| **Subject:** | Fwd: Rifle/Shotgun Submitted Application |

EXTERNAL email from:


---------- Forwarded message ---------
From: **NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>
Date: Thu, Feb 1, 2024, 22:12
Subject: Rifle/Shotgun Submitted Application
To: Tsulis, Jason M. ·


Dear Tsulis, Jason M.

The New York City Police Department License Division has received your application for Rifle/Shotgun rifle/shotgun permit. Payment of your application fee was also received. Your application number is RS

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents).  The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**
- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**
120-55 Queens Boulevard, Room B-11, Kew Gardens, NY 11424

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle

Commanding Officer

License Division

/

**From:**                Jay ·              ,>
**Sent:**                Friday, February 28, 2025 10:41 AM
**To:**                  Tsulis, Jay
**Subject:**            Fwd: Your Daily Digest for Thu, 5/23 is ready to view

EXTERNAL email from:                       ɒ

---------- Forwarded message ---------
From: **USPS Informed Delivery** <USPSInformeddelivery@email.informeddelivery.usps.com>
Date: Thu, May 23, 2024, 07:17
Subject: Your Daily Digest for Thu, 5/23 is ready to view
To: <              ɒ>



# COMING TO YOU SOON

You have 1 mailpiece(s) and 0 inbound package(s) arriving soon.

**Thursday**

**23** May 2024

**1**
Mailpiece(s)

**0**
Package(s)

**MAY**

**23**

**1**
Mailpiece(s)

**0**
Package(s)

**MAIL**

View Dashboard

Expected Today

**1** item(s)



**Do more with your mail**

 Set a Reminder

## PACKAGES

View Dashboard

No packages are available to display.

2/27/25, 9:13 PM                                      Gmail - new purchase authorization request

 Gmail

Jay Tsulis <                                      ...

## new purchase authorization request
8 messages

**Jay** <                                                              Mon, Mar 18, 2024 at 9:58 PM
To: DG_LIC-Purchaseorders@nypd.org
Cc: "GIBSON, KAI" <KAI.GIBSON@nypd.org>

Officers and SPAAs,

Please find attached the files you requested.

It would be kindly appreciated if you could verify receiving this email.

Thank you,
Jason Tsulis

---

**7 attachments**

 **20240313_105414.jpg**
2520K

 **20240313_105344.jpg**
3436K

 **20240313_105446.jpg**
2926K

2/27/25, 9:13 PM                                                    Gmail - new purchase authorization request



**20240318_202715.jpg**
1132K



**20240318_202725.jpg**
1373K

 **jason318.pdf**
89K

 **20240318_PURCHASE AUTHORIZATION REQUEST FORM.pdf**
52K

---

**Jay** ‹                                                                Tue, Mar 19, 2024 at 11:26 AM
To: DG_LIC-Purchaseorders@nypd.org
Cc: "GIBSON, KAI" <KAI.GIBSON@nypd.org>

Officers and SPAAs,

Please find attached the proof of purchase for the safe, to complete the required documents.

Kindly advise if everything is in order.

Best,
Jason Tsulis
[Quoted text hidden]

---

 **Amazon.com - Order**                    pdf
127K

---

**Jay**                                                                 Mon, Mar 25, 2024 at 3:13 PM
To: DG_LIC-Purchaseorders@nypd.org

Dear all,

Would you kindly confirm that you received all relevant documents?

Thank you
Jason Tsulis
[Quoted text hidden]

---

**SMITH, SANDRA** <SANDRA.SMITH@nypd.org>              Mon, Mar 25, 2024 at 3:21 PM
To: Jay ‹

Dear Licensee,

You will have to be to be a little more patience.

I still answering emails that came before you.

---

**From:** Jay <
**Sent:** Monday, March 25, 2024 3:13 PM
**To:** dg_LIC-Purchaseorders <DG_LIC-Purchaseorders@nypd.org>
**Subject:** Re: new purchase authorization request

Some people who received this message don't often get email from       .com. Learn why this is important

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?**  Please report to this email address: reportphishing@nypd.org

[Quoted text hidden]

---

**Jay ·**                                                                          Mon, Mar 25, 2024 at 3:23 PM
To: "SMITH, SANDRA" <SANDRA.SMITH@nypd.org>

I understand, thank you.

Just wanted to make sure all relevant items have been received.

Thank you again,
Jason Tsulis
[Quoted text hidden]

---

**SMITH, SANDRA** <SANDRA.SMITH@nypd.org>                                          Fri, Apr 12, 2024 at 12:40 PM
To: Jay ·

**Submission Completed**

Dear Licensee;

Thank you for sending in the documents requested by the License Division. We have received all documentation necessary and are working on printing your NYPD Issued Firearm License and Purchase Authorization. Your license and Purchase Authorization will be mailed via United States Postal Service (U.S.P.S.) to your mailing address of record.

If you have not received your license within 30 business days, please contact us via email.

Best,

Issuing and Purchase Authorizations Unit
646-610-5550/5153
DG_LIC-Purchaseorders@nypd.org

---

**From:** Jay ·
**Sent:** Monday, March 18, 2024 9:58 PM

2/27/25, 9:17 PM                                    Gmail - Your attention is requested

 Gmail                                              **Jay Tsulis** ███████████

---

## Your attention is requested

2 messages

---

**Jay <**                                                            Thu, Apr 18, 2024 at 11:12 AM
To: DG_LIC-Purchaseorders@nypd.org
Cc: hugh.bogle@nypd.org, a.lombardi@kurtzmann-legal.com

All involved,

On March 18th and 19th, I submitted all required documentation pertaining to my new firearm purchase, 90 days after my previous, as described in NYC Admin Code 10-302.1(b) and § 5-25: Handgun Purchase Authorizations and Safety Locking Device Requirements.

More than 1 month later, and more than double the timeframe you have designated for yourselves to take action, you have yet to release my updated license.

Given this unreasonable delay, you are hereby requested to produce and send out my documents so that I can at long last take possession of my legaly acquired property without obstructions, and exercise my Constitutional Rights uninfringed.

Jason Tsulis

---

**SMITH, SANDRA** <SANDRA.SMITH@nypd.org>                            Wed, May 8, 2024 at 10:04 AM
To: Jay <

**Submission Completed**

Dear Licensee;

Thank you for sending in the documents requested by the License Division. We have received all documentation necessary and are working on printing your NYPD Issued Firearm License and Purchase Authorization. Your license and Purchase Authorization will be mailed via United States Postal Service (U.S.P.S.) to your mailing address of record.

If you have not received your license within 30 business days, please contact us via email.

Best,

Issuing and Purchase Authorizations Unit
646-610-5550/5153
DG_LIC-Purchaseorders@nypd.org

---

**From:** Jay <
**Sent:** Thursday, April 18, 2024 11:12 AM
**To:** dg_LIC-Purchaseorders <DG_LIC-Purchaseorders@nypd.org>
**Cc:** BOGLE, HUGH <HUGH.BOGLE@nypd.org>; a.lombardi@kurtzmann-legal.com <a.lombardi@kurtzmann-legal.com>
**Subject:** Your attention is requested

2/27/25, 9:22 PM                                    Gmail - Your Daily Digest for Fri, May 10

 Gmail                                              **Jay Tsulis ·**                              n>

---

## Your Daily Digest for Fri, May 10
1 message

---

**USPS Informed Delivery** <USPSInformeddelivery@email.informeddelivery.usps.com>          Fri, May 10, 2024 at 7:13 AM
To: r

---

You have mail and packages arriving soon.                                                              5/10/2024

  **COMING TO YOUR MAILBOX SOON.**

  **MAIL**

**View all mail on dashboard**



## Do more with your mail

 Set a Reminder



## Do more with your mail

 Set a Reminder

## Arriving This Week

No mail available to display.

 **PACKAGES**

**View and manage all packages on dashboard**

## Arriving Today                                      Friday, May 10