**From:** noreply@finance.nyc.gov
**Subject:** Payment Receipt # ▮▮▮▮▮▮▮ from NYC CityPay
**Date:** March 10, 2024 at 12:16 AM
**To:** ▮▮▮▮▮▮▮.com

# Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $346.80 |
| **Receipt Number:** | ▮▮▮▮▮▮▮ |
| **Transaction Date:** | 03/10/2024 12:16:17 AM |
| **Payment Type:** | VISA ************▮▮▮ |

Thank you for your order. This e-mail will serve as confirmation that your payment was received. Please do not reply to this e-mail.

Please keep this for your records.

| | |
|---|---|
| Handgun License Application Fee | $340.00 |

**Item Total:** $340.00
**Service Fee:** $6.80
**Payment Amount:** $346.80

**From:** NYPD-Work, SERVICE donotreplylicdiv@nypd.org
**Subject:** Handgun Submitted application
**Date:** March 10, 2024 at 12:17 AM
**To:** Bien-Aime, Alex

Dear Bien-Aime, Alex

The New York City Police Department License Division has received your application for Concealed Carry handgun license. Payment of your application fee was also received. Your application number is CB2024▮▮▮▮▮▮.

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents).  The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**

- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**

1 Police Plaza, Room 110A, New York, NY 10038

**Government ID**

A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle

Commanding Officer

License Division

 **LICENSE DIVISION**   

Home > Submitted

# Submitted

| Application ↑ | Application Status | Application Type | Renewal? | Modified On |
|---|---|---|---|---|
| CB2024▬ | Investigation | CONCEALED CARRY | No | 9/11/2024 11:23 AM |
| RS2023▬ | Approved | Rifle/Shotgun | No | 12/21/2023 9:59 AM |

Copyright © 2025. All rights reserved.

**From:** Alex
**Subject:** Re: Application # CB2024      Update
**Date:** January 14, 2025 at 10:03 AM
**To:** Alex
**Cc:** DG_LIC-Carry@nypd.org, DG_LIC-HandgunIntake@nypd.org

Hello again,

Following up on this request. It's been 10 months since I submitted my application and payment . Any update on investigation?

Thanks,
Alex

> On Jun 14, 2024, at 6:41 PM, Alex wrote:
>
> Hello,
>
> I submitted my application for conceal carry on 3/10/2024 but unfortunately have not received any response yet acknowledging receiving my application and that it is in progress.
>
> Application: CB2024
> Application Type: Conceal Carry
> Submission date: 3/10/2024
> Application Status: Submitted
>
> Can I get an update on my application?
>
> It would be greatly appreciated.
>
> Thank you,
> Alex Bien-Aime