Outlook

---

**Payment Receipt ▮▮▮▮▮▮▮ from NYC CityPay**

---

**From** noreply@finance.nyc.gov <noreply@finance.nyc.gov>

**Date** Tue 11/21/2023 11:13 AM

**To** sengssk@hotmail.com▮▮▮▮▮▮▮▮>

NYC CityPay

# Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $340.00 |
| **Receipt Number:** | ▮▮▮▮▮▮▮ |
| **Transaction Date:** | 11/21/2023 11:13:39 AM |
| **Payment Type:** | CHECK *****▮▮ |

Thank you for your order. This e-mail will serve as confirmation that your payment was received. Please do not reply to this e-mail.

Please keep this for your records.

Handgun License Application Fee                                    $340.00

**Payment Amount: $340.00**

 Outlook

---

## Handgun eCheck Initiated

---

**From** NYPD-Work, SERVICE <donotreplylicdiv@nypd.org>

**Date** Tue 11/21/2023 11:14 AM

**To** ENG, SHAWN W. ████████████████ >


Dear ENG, SHAWN W. ,                        Reference # ███████████

Our records indicate that you have initiated an application for a Premise Residence handgun license. You authorized payment of the application fee through CityPay eCheck. Your payment is in "pending" status with your bank. Once your bank has completed processing of your payment, we will notify you through e-mail.

Sincerely,


Inspector Hugh Bogle
Commanding Officer
License Division

 Outlook

---

**Payment Receipt** ▮▮▮▮▮▮ **from NYC CityPay**

---

**From** noreply@finance.nyc.gov <noreply@finance.nyc.gov>
**Date** Tue 11/21/2023 11:44 AM
**To** sengssk@hotmail.com▮▮▮▮▮▮ >

NYC CityPay

# Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $340.00 |
| **Receipt Number:** | ▮▮▮▮▮▮ |
| **Transaction Date:** | 11/21/2023 11:44:30 AM |
| **Payment Type:** | CHECK ****▮▮▮ |

Thank you for your order. This e-mail will serve as confirmation that your payment was received. Please do not reply to this e-mail.

Please keep this for your records.

Handgun License Application Fee                                        $340.00

**Payment Amount: $340.00**

 Outlook

## Handgun eCheck Initiated

**From** NYPD-Work, SERVICE <donotreplylicdiv@nypd.org>
**Date** Tue 11/21/2023 11:45 AM
**To** ENG, SHAWN W. ███████████ >

Dear ENG, SHAWN W. ,                    Reference # ██████████

Our records indicate that you have initiated an application for a Concealed Carry handgun license. You authorized payment of the application fee through CityPay eCheck. Your payment is in "pending" status with your bank. Once your bank has completed processing of your payment, we will notify you through e-mail.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division

 Outlook

---

## Re: "Awaiting Payment" message

---

**From** SANCHEZ, RUTH <RUTH.SANCHEZ@nypd.org>

**Date** Tue 12/5/2023 12:03 PM

**To**   Shawn Eng ███████████ >; DG_LIC-HandgunIntake <DG_LIC-HandgunIntake@nypd.org>

Good afternoon,

Cashiers Office has reviewed your pending payment inquiry and have confirmed that the payment **was approved in ARMS on 12/05/2023**. Therefore, the payment part of the application process is complete.

You should have received an automated email from **NYPD-Work, Service**, titled *"Handgun Submitted application"*, which contains your Application Number and the next steps in the process. Please carefully read and follow the instructions.

For future inquiries regarding the status of your new application, contact License Division's **Intake Section** at **646-610-5058** between the hours of **8:30AM - 4:00PM**.

Thank you,

*PAA Ruth D. Sanchez*
*License Division- Cashiers*
*1 Police Plaza Room# 152B*
*New York, NY10038*
*646-610-6527*



**CONFIDENTIALITY NOTICE:** This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this transmission in error and that any use, disclosure, copying or distribution is strictly prohibited. If you receive this transmission in error, please contact the sender and delete all copies of this transmission. Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY.

**From:** Shawn Eng ████████████████m>
**Sent:** Monday, December 4, 2023 5:51 PM
**To:** DG_LIC-HandgunIntake <DG_LIC-HandgunIntake@nypd.org>
**Subject:** "Awaiting Payment" message

---

Some people who received this message don't often get email from ██████████. Learn why this is important

---

**CAUTION! EXTERNAL SENDER**
**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

---

Good afternoon

I recently used CityPay to pay for two handgun application fees on November 21 but as of Dec 4, the Licensing Div website indicated both payments are still in "Awaiting Payment" status.

My application numbers are:
Premises Residence ████████████
Concealed Carry ██████████

I confirmed with ██ Bank that both payments were processed successfully. They gave me the trace numbers of both payments:



Please let me know if there are any issues with the payments or application. Thank you.

Shawn Eng

**Outlook**

---

**Handgun Submitted application**

---

**From** NYPD-Work, SERVICE <donotreplylicdiv@nypd.org>

**Date** Tue 12/5/2023 11:59 AM

**To** ENG, SHAWN W. ██████████ >

Dear ENG, SHAWN W.

The New York City Police Department License Division has received your application
for Concealed Carry handgun license. Payment of your application fee was also received.
Your application number is CB2023████ .

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is
$88.25 (eighty eight dollars and twenty five cents).  The fee must be paid by credit card, debit
card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**
-  Fingerprint fee payment.
-  A government-issued photo ID.
-  Your Application Number and/or a copy of this email.
-  Originals of all uploaded documents.

**Location**
1 Police Plaza, Room 110A, New York, NY 10038

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division

**Outlook**

---

**Handgun Submitted application**

---

**From** NYPD-Work, SERVICE <donotreplylicdiv@nypd.org>
**Date** Tue 12/5/2023 12:00 PM
**To**   ENG, SHAWN W. ██████████████>

 Dear ENG, SHAWN W.

The New York City Police Department License Division has received your application for Premise Residence handgun license. Payment of your application fee was also received. Your application number is PR2023███████.

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents).  The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**
- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**
1 Police Plaza, Room 110A, New York, NY 10038

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division

 **LICENSE DIVISION**



Home  >  Submitted

# Submitted

| Application ↑ | Application Status | Application Type | Renewal? | Modified On |
|---|---|---|---|---|
| CB2023█████ | Investigation | Concealed Carry | No | 6/20/2024 2:22 PM |
| PR2023█████ | Submitted | Premise Residence | No | 12/5/2023 12:00 PM |
| RS2020█████ | Approved | Rifle/Shotgun | Yes | 3/1/2021 9:03 AM |
| RS2023█████ | Approved | Rifle/Shotgun | Yes | 6/9/2023 11:13 AM |

 Outlook

---

**FEE WAIVER CHECKLIST/LETTER**

---

**From** HOWARD, IESHA <IESHA.HOWARD@nypd.org>
**Date** Fri 5/10/2024 6:32 PM
**To** ENG, SHAWN W. ████████████████

📎 1 attachments (373 KB)
ENG, SHAWN W. CHECKLIST.pdf;

HELLO,

THIS EMAIL IS TO ADVISE YOU THAT WE HAVE USED THE PRINTS FROM ONE OF YOUR ACTIVE LICENSE/PERMIT AND APPLIED THEM TO YOUR CURRENT APPLICATION.  ONCE THE APPLICATION GETS ASSIGNED TO AN INVESTIGATOR; THEY WILL CONTACT YOU TO BEGIN THE INTERVIEW PROCESS. IN THE MEANTIME, PLEASE REVIEW YOUR CHECKLIST AND UPLOAD ANY MISSING DOCUMENTS.


THANK YOU.

**Applicant Name:** ENG, SHAWN W. **Application #:** CB2023 **Application Type:** CB



# NYPD LICENSE DIVISION

## Handgun License Required Documents Checklist



CHECK BOXES INDICATE MANDATORY DOCUMENTS THAT ARE, OR MAY BE,
MISSING FROM YOUR APPLICATION.

MISSING DOCUMENTS MUST BE UPLOADED BEFORE YOUR SCHEDULED APPOINTMENT.
FAILURE TO UPLOAD ALL DOCUMENTS PRIOR TO YOUR APPOINTMENT WILL RESULT IN YOUR APPOINTMENT BEING
RESCHEDULED & APPLICATION PROCESSING DELAYS.

### For ALL License & Permit Types:

| Have | Need | |
|------|------|---|
| ☑ | ☐ | **Valid State or Federal Photo Identification:** *State drivers or non-drivers identification or a passport.* |
| ☑ | ☐ | **Proof of Date of Birth.** *Choose one (1) of the following:* |

- *Birth certificate*   •   U.S. Passport   •   U.S. Military Record

| | | |
|------|------|---|
| ☑ | ☐ | **Social Security Card** |
| ☑ | ☐ | **Proof of citizenship or legal United States Residence.** *Choose one (1) of the following:* |

- Passport
- Naturalization documents
- Alien Registration Card. If you have resided in the country for less than 7 years, also submit:
  - Certificate of good conduct, or equivalent thereof, from your country of origin (consulate)

| | | |
|------|------|---|
| ☑ | ☐ | **Proof of residence.** Choose one (1) of the following: |

- Current utility bill. Acceptable utilities are:

  - Electric
  - Cable/Internet
  - Landline Telephone
  - Gas

- Copy of a current residential lease or document indicating ownership shares in a cooperative or condominium, **AND** signed and filed New York State Income Tax Return with matching address.

| | | |
|------|------|---|
| ☑ | ☐ | **DMV Lifetime Abstract –** https://dmv.ny.gov/dmv-records/get-my-own-driving-record-abstract |
| ☑ | ☐ | **Affidavit of Co-Habitant Form (Notarized) –** One for every person over the age of 18 who lives with you. |
| ☑ | ☐ | **Acknowledgment of Person Agreeing to Safeguard Firearms Form** - Must be completed by the safeguard |

- **AND** a copy of their State or Federal issued photo identification

| | | |
|------|------|---|
| ☐ | ☐ | ~~**Affirmation of Understanding of NYS Penal Law Article 35, Article 265 and Article 400.**~~ |
| ☑ | ☐ | **Two (2) notarized character reference letters –** References must be lawful U.S. residents. No relatives. |
| ☐ | ☑ | **Proof of Name Change, IF APPLICABLE.** |
| ☑ | ☐ | **All other currently held firearms licenses, IF APPLICABLE.** Including: |

- Other licenses or permits issued by New York City and/or New York State
- Licenses or permits issued by other States
- HR 218 card, pursuant to 18 U.S.C. 926(C)

| | | |
|------|------|---|
| ☐ | ☑ | **Arrest information, IF APPLICABLE.** Submit ALL of the following for EACH Arrest, Criminal Court |

Summons, OATH Summons, and/or Transit Adjudication Bureau Summons:

- ☐ **Certificate of Disposition** showing the offense and disposition of the charges.
  - **Certificate of Relief from Disabilities** - If your conviction or guilty plea is for a felony or a serious offense, as defined in New York State Penal Law § 265.00(17), an original, signed

Certificate of Relief from Disabilities must be submitted.

☐ **Detailed <u>written</u> statement** describing the circumstances surrounding each arrest or summons. <span style="color:red">You must do this even if the case was dismissed, the record sealed or the case nullified by operation of law.</span>

☐ ☑ ***Domestic Incident Report Statement, <span style="color:orange">IF APPLICABLE</span>:*** Submit a <u>written</u> statement pertaining to <u>EACH</u> domestic incident in which you were involved which was reported to the police. Include a description of the incident, the date, the address, the names of the people involved, and their relationship to you.

**Have** **Need**

☐ ☑ ***Order of Protection (OOP), <span style="color:orange">IF APPLICABLE:</span>*** Submit <u>ALL</u> of the following for <u>EACH</u> OOP to which you were a party:

- **Copy of the OOP** – If unavailable, list: date and court of issuance, date of expiration, all named parties.
- **Detailed <u>written</u> statement** indicating the reason for issuance, and your relationship to all other parties named on the OOP

☐ ☑ ***Military discharge, <span style="color:orange">IF APPLICABLE</span>.*** If you served in the United States armed forces, you must submit:

- Your separation papers (DD 214), <u>and</u>
- Your discharge papers.

☐ ☐ ***Other:*** _____

## "Premise Business" Licenses <span style="font-size:smaller">(in *addition* to documents listed above)</span>

**Have** **Need**

☐ ☐ ***New York State Filing Receipt***

☐ ☐ ***Certificate of Incorporation <u>or</u> business certificate or partnership agreement***

☐ ☐ ***All applicable business licenses, permits, certificates, and/or registrations***

☐ ☐ ***Proof of Business.*** Choose two (2) of the following:

- Bank Statement with business address
- Signed and filed New York State or Federal Corporate Tax Return with business name & address
- Current signed and dated lease (if applicable)
- Current utility bill. Acceptable utilities are:
  - o Electric
  - o Cable/Internet
  - o Landline Telephone
  - o Gas

☐ ☐ ***Photographs of Business*** – Name and address of business must be clearly displayed

☐ ☐ ***Photographs of Safe*** – Two (2) color photos of the safe, one with the door open and one with the door closed. Photos may not be stock images, and must depict the entirety of the safe, not merely a portion thereof.

## "Concealed Carry" and/or "Special Carry" Licenses <span style="font-size:smaller">(in *addition* to documents listed above)</span>

**Have** **Need**

☑ ☐ ***Proof of Completion of DCJS Approved 16-hr Training Course*** – Must be administered by a "duly authorized instructor" pursuant to P.L. 265.00(19)

☑ ☐ ***Two (2) <u>additional</u> notarized character reference letters</u> -*** References must be lawful U.S. residents

☐ ☐ ~~***List of Current & Former Social Media Accounts for the Last Three (3) Years***~~

☐ ☐ ***Front and Back of Active New York State County <u>Carry</u> License (For "Special Carry" applicants only)***

## "Carry Guard" Licenses (in *addition* to documents listed above)

**Have** **Need**

☐ ☐ ***Proof of Completion of State Approved 47-hr Firearms Course***

☐ ☐ ***20-hour Worksheet***

☐ ☐ ***Letter of Necessity from your employer***

☐ ☐ ***Child Support Certification Form***

**Date Prepared/Sent:** 05/10/2024

 **Outlook**

---

## Application CB2023█████

**From** Shawn Eng ████████████████ >

**Date** Sun 9/8/2024 2:36 PM

**To** DG_LIC <HandgunNewApps@nypd.org>

Good afternoon

My CCW application CB2023█████ has been in Investigation status since June 20 and I was told to wait for an investigator to contact me for the interview. Is there any other document that is needed from me?

Thank you kindly.

Shawn Eng

Case 1:25-cv-01732-JA    Document 5-9   Filed 03/03/25     Page 15 of 23



Mirel Fisch <mirel@mfischlaw.com>

---

## Shawn W. Eng - Application # CB2023⬛⬛⬛⬛⬛; PR2023⬛⬛⬛⬛⬛

3 messages

---

**Mirel Fisch** <mirel@mfischlaw.com>                                     Fri, Sep 20, 2024 at 11:46 AM
To: LicenseDivisionDesk <LicenseDivisionDesk@nypd.org>, DG_LIC-HandgunNewApps@nypd.org, "BERKOVICH, NICOLE"
<Nicole.Berkovich@nypd.org>, "BOGLE, HUGH" <Hugh.Bogle@nypd.org>, "DIAZ, JUAN" <Juan.Diaz@nypd.org>,
"MCLAUGHLIN, TANEISHA" <Taneisha.Mclaughlin@nypd.org>, "HOSPEDALES, JARED" <Jared.Hospedales@nypd.org>,
"WAKI, RYOTA" <Ryota.Waki@nypd.org>
Bcc: Shawn Eng ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛>

Good afternoon Director Berkovich, Insp. Bogle, Lt. Diaz, Lt. Mclaughlin, Lt. Hospedales, and Lt. Waki:

I am writing on behalf of Shawn Eng, Application Nos. CB2023⬛⬛⬛⬛; PR2023⬛⬛⬛⬛. Please see the attached letter
regarding Mr. Eng's outstanding Concealed Carry and Premise Residence handgun license application. After reviewing
this letter, please immediately act upon the application as you are statutorily required to do.

Sincerely,
- Mirel

--
Mirel Fisch, Esq.
The Law Office of Mirel Fisch
2329 Nostrand Ave, Suite 100
Brooklyn, New York 11210
(929) 382-4933

---

**8 attachments**

📄 **Shawn Eng  - outstanding CC-PR application.pdf**
127K

📄 **Ex. A - CityPay eCheck initiated Nov 21 2023.pdf**
38K

📄 **Ex. B - City Pay eCheck initiated Nov 21 2023 Premises Application**⬛⬛⬛⬛⬛⬛**pdf**
38K

📄 **Ex. C - eCheck processed Dec 05 2023.pdf**
114K

📄 **Ex. D - CC Handgun Submitted.pdf**
25K

📄 **Ex. E - PR Handgun Submitted.pdf**
25K

📄 **Ex. F - Portal Screenshot Sep 17 2024.pdf**
46K

📄 **Ex. G - Fee Waiver.pdf**
769K

---

**LicenseDivisionDesk** <LicenseDivisionDesk@nypd.org>                            Fri, Sep 20, 2024 at 12:38 PM
To: Mirel Fisch <mirel@mfischlaw.com>

mfischlaw.com Mail - Shawn W. Eng - Application # CB2023...

Dear Ms. Fisch,

Thank you for your patience. Your client's applications have been assigned to an investigator who will reach out should anything further be outstanding.



Sincerely,

License Division Desk



**From:** Mirel Fisch <mirel@mfischlaw.com>
**Sent:** Friday, September 20, 2024 11:46 AM
**To:** LicenseDivisionDesk <LicenseDivisionDesk@nypd.org>; DG_LIC-HandgunNewApps <DG_LIC-HandgunNewApps@nypd.org>; BERKOVICH, NICOLE <NICOLE.BERKOVICH@nypd.org>; BOGLE, HUGH <HUGH.BOGLE@nypd.org>; DIAZ, JUAN <JUAN.DIAZ@nypd.org>; MCLAUGHLIN, TANEISHA <TANEISHA.MCLAUGHLIN@nypd.org>; HOSPEDALES, JARED <JARED.HOSPEDALES@nypd.org>; WAKI, RYOTA <RYOTA.WAKI@nypd.org>
**Subject:** Shawn W. Eng - Application # CB2023███████; PR2023████████

---

| |
|---|
| **CAUTION! EXTERNAL SENDER** |
| **STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org |

[Quoted text hidden]

---

**Mirel Fisch** <mirel@mfischlaw.com>                                    Fri, Sep 20, 2024 at 12:45 PM
To: LicenseDivisionDesk <LicenseDivisionDesk@nypd.org>

Thanks!
[Quoted te t hidden]

 **LICENSE DIVISION**

 ENG, SHAWN W. ▾

Home  >  Submitted

# Submitted

| Application ↑ | Application Status | Application Type | Renewal? | Modified On |
|---|---|---|---|---|
| CB2023███ | Approved | CONCEALED CARRY | No | 9/23/2024 10:46 AM |
| PR2023███ | Approved | Premise Residence | No | 9/23/2024 10:48 AM |
| RS2020███ | Approved | Rifle/Shotgun | Yes | 3/1/2021 9:03 AM |
| RS2023███ | Approved | Rifle/Shotgun | Yes | 6/9/2023 11:13 AM |

 **Outlook**

---

**Re: Handgun purchase order photos CB2024** ████

---

**From** SMITH, SANDRA <SANDRA.SMITH@nypd.org>

**Date** Mon 10/21/2024 8:46 AM

**To** Shawn Eng ███████████████████ >

**Submission Completed**

Dear Licensee;

Thank you for sending in the documents requested by the License Division. We have received all documentation necessary and are working on printing your NYPD Issued Firearm License and Purchase Authorization. Your license and Purchase Authorization will be mailed via United States Postal Service (U.S.P.S.) to your mailing address of record.

If you have not received your license within 30 business days, please contact us via email.

Best,

Issuing and Purchase Authorizations Unit
646-610-5550/5153
DG_LIC-Purchaseorders@nypd.org

---

**From:** Shawn Eng ███████████████████ >
**Sent:** Saturday, October 5, 2024 4:23 PM
**To:** dg_LIC-Purchaseorders <DG_LIC-Purchaseorders@nypd.org>
**Subject:** Handgun purchase order photos CB2024 ████

Some people who received this message don't often get email from ███████████████. Learn why this is important

---

**CAUTION! EXTERNAL SENDER**
**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

---

Good afternoon

If available, I'd like to request an appointment to pick my license.

Shawn Eng

 **Outlook**

---

**Re: Handgun purchase order CB2024**████████

---

**From** SMITH, SANDRA <SANDRA.SMITH@nypd.org>

**Date** Mon 10/21/2024 8:46 AM

**To** Shawn Eng████████████████>

## Submission Completed

Dear Licensee;

Thank you for sending in the documents requested by the License Division. We have received all documentation necessary and are working on printing your NYPD Issued Firearm License and Purchase Authorization. Your license and Purchase Authorization will be mailed via United States Postal Service (U.S.P.S.) to your mailing address of record.

If you have not received your license within 30 business days, please contact us via email.

Best,

Issuing and Purchase Authorizations Unit
646-610-5550/5153
DG_LIC-Purchaseorders@nypd.org

---

**From:** Shawn Eng████████████████>
**Sent:** Friday, October 11, 2024 3:57 PM
**To:** dg_LIC-Purchaseorders <DG_LIC-Purchaseorders@nypd.org>
**Subject:** Handgun purchase order CB2024████

> Some people who received this message don't often get email from████████████. Learn why this is important

┌─────────────────────────────────────────────────────────────────┐
│ **CAUTION! EXTERNAL SENDER** │
│ **STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and │
│ never provide user ID or password. **Suspicious?** Please report to this email address: │
│ reportphishing@nypd.org │
└─────────────────────────────────────────────────────────────────┘

Handgun purchase order photos CB2024████

Good afternoon. I received the approval letter, purchased a handgun on October 5 and submitted the requested photos on the same day. May I inquire about the status of the purchase order and printing of my license? Thank you.

Shawn Wah Eng
License CB2024█████████
Approved September 23 2024

NICS:███████████
Model: Glock43X MOS
Serial: ██████████

DF Brothers Sports Center Ltd.
NYC DLR #2010-GD-062-001
7919-21 New Utrecht Ave
Brooklyn, NY 11214
718-259-5206

 **Outlook**

---

**Re: New handgun purchase PR2024████**

---

**From** SMITH, SANDRA <SANDRA.SMITH@nypd.org>
**Date** Mon 10/21/2024 8:50 AM
**To** Shawn Eng████████████ >

---

### Submission Completed

Dear Licensee;

Thank you for sending in the documents requested by the License Division. We have received all documentation necessary and are working on printing your NYPD Issued Firearm License and Purchase Authorization. Your license and Purchase Authorization will be mailed via United States Postal Service (U.S.P.S.) to your mailing address of record.

If you have not received your license within 30 business days, please contact us via email.

Best,

Issuing and Purchase Authorizations Unit
646-610-5550/5153
DG_LIC-Purchaseorders@nypd.org

---

**From:** Shawn Eng████████████ >
**Sent:** Saturday, October 12, 2024 11:11 AM
**To:** dg_LIC-Purchaseorders <DG_LIC-Purchaseorders@nypd.org>
**Subject:** New handgun purchase PR2024011787

> Some people who received this message don't often get email from ████████████ . Learn why this is important

---

**CAUTION! EXTERNAL SENDER**
**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

# The City of New York

**POLICE DEPARTMENT**
LICENSE DIVISION
1 POLICE PLAZA, ROOM 152B
NEW YORK, NY 10038

**RETURN SERVICE REQUESTED**

Shawn Eng

FOR

FIRST CLASS

US POSTAGE PITNEY BOWES

ZIP 10038
02 4W
0000349497 OCT 23 2024

$ 000.69°