Matt <tcs6544@gmail.com>

## Payment Receipt # ▮▮▮▮▮▮▮▮ from NYC CityPay
1 message

**noreply@finance.nyc.gov** <noreply@finance.nyc.gov>                Tue, Oct 24, 2023 at 10:11 AM
To: ▮▮▮▮▮▮▮▮



# Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $346.80 |
| **Receipt Number:** | ▮▮▮▮▮▮▮▮ |
| **Transaction Date:** | 10/24/2023 10:11:59 AM |
| **Payment Type:** | VISA ************▮▮▮▮ |

Thank you for your order. This e-mail will serve as confirmation that your payment was received. Please do not reply to this e-mail.

Please keep this for your records.

| | |
|---|---|
| Handgun License Application Fee | $340.00 |

**Item Total:** $340.00
**Service Fee:** $6.80
**Payment Amount:** $346.80

  Matt ███████

## Handgun Submitted application
1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>  Tue, Oct 24, 2023 at 10:12 AM
To: "Pluta, Matthew" ███████

Dear Pluta, Matthew

The New York City Police Department License Division has received your application for Concealed Carry handgun license. Payment of your application fee was also received. Your application number is CB2023███

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents). The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**
- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**
1 Police Plaza, Room 110A, New York, NY 10038

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division

   Matt <███████████>

### NYPD APPOINTMENT LETTER/CHECKLIST
1 message

**HOWARD, IESHA** <IESHA.HOWARD@nypd.org>                                    Thu, Feb 8, 2024 at 6:10 PM
To: "Pluta, Matthew" <███████████>

# **PLEASE NOTE, THE INTERVIEW QUESTIONNAIRE, ALONG WITH OTHER PAPERWORK MUST BE UPLOADED INTO THE PORTAL PRIOR TO YOUR FINGERPRINT APPOINTMENT**

**HELLO APPLICANT!**

Thank you for submitting your firearm license application to the NYC Police Department Licensing Division. This letter is to inform you that you will be scheduled for a fingerprint and interview appointment.

A review of your application revealed that **YOU ARE MISSING MANDATORY DOCUMENTS**. The missing documents are itemized in the attached PDF with an interview questionnaire. Please **UPLOAD MISSING DOCUMENTS ALONG WITH YOUR INTERVIEW QUESTIONNAIRE COMPLETELY FILLED OUT BEFORE YOUR SCHEDULED APPOINTMENT**. If you need assistance finding forms or uploading your documents, please follow the "Upload Instructions" attached to this email.
**DO NOT SEND YOUR DOCUMENTS THROUGH EMAIL IT IS A MUST THAT YOU UPLOAD ALL DOCUMENTS TO YOUR PORTAL.**

The next step is to come in for fingerprinting. Your appointment has been scheduled for **THURSDAY, FEBRUARY 29TH, 2024,** BETWEEN THE HOURS OF **9AM-12PM**. You will report to **1 Police Plaza, Room 110A, New York, N.Y. 10038**.

**PLEASE BE ADVISED THAT YOUR APPLICATION WILL NOT BE PROCESSED WHILE DOCUMENTS ARE MISSING.**

Please allow 1-2 hours for complete processing

SHOULD YOU NEED TO RESCHEDULE YOUR APPOINTMENT PLEASE CONTACT IESHA.HOWARD@NYPD.ORG. THANK YOU. (If there are some documents you are not able to obtain before your appointment, you do not need to reschedule you can still be fingerprinted)

**PLEASE READ ADDITIONAL INSTRUCTIONS BEFORE CALLING WITH ANY INQUIRIES. PLEASE SAVE ALL ORIGINAL PAPERWORK AND HAVE IT EASILY ACCESSIBLE INCASE YOU NEED IT IN THE FUTURE FOR YOUR INVESTIGATOR.**
Sincerely,
 FPT Howard.
646-610-6470
**NOTE:** Albany charges **$88.25** for fingerprinting. Fingerprint fees must be paid in person during your appointment. Major Debit/Credit cards are accepted forms of payment, as are exact money orders. **FINGERPRINT FEES ARE NON-REFUNDABLE**.

**2 attachments**

DOCUMENT APPOINTMENT CHECKLIST

 **NYPD-DOCUMENT PACKET.pdf**
955K

 **PLUTA, MATTHEW CHECKLIST.pdf**
375K

 LICENSE DIVISION     Pluta, Matthew

Home  >  Submitted

# Submitted

| Application ↑ | Application Status | Application Type | Renewal? | Modified On |
|---|---|---|---|---|
| CB2023█████ | Investigation | Concealed Carry | No | 2/29/2024 12:53 PM |

Copyright © 2024. All rights reserved.



Mirel Fisch &lt;mirel@mfischlaw.com&gt;

## Matthew Pluta - Application No. CB2023

1 message

**Mirel Fisch** &lt;mirel@mfischlaw.com&gt;  Mon, May 6, 2024 at 4:11 PM
To: LicenseDivisionDesk@nypd.org, DG_LIC-HandgunNewApps@nypd.org, Hugh.bogle@nypd.org, Jason.Diaz@nypd.org
Bcc: Matt

Good afternoon Insp. Bogle and Lt. Diaz:

I am writing on behalf of Matthew Pluta, Application No. CB2023      . Please see the attached letter regarding Mr. Pluta's outstanding Concealed Carry handgun license application. After reviewing this letter, please immediately act upon the application as you are statutorily required to do.

Sincerely,
- Mirel

--
Mirel Fisch, Esq.
The Law Office of Mirel Fisch
2329 Nostrand Ave, Suite 100
Brooklyn, New York 11210
(929) 382-4933

**5 attachments**

- **Matthew Pluta - outstanding Concealed Carry application.pdf**
  119K
- **Ex. A - Handgun Submitted application.pdf**
  109K
-  **Ex. B - Payment Receipt              from NYC CityPay.pdf**
  115K
- **Ex. C - NYPD APPOINTMENT LETTER_CHECKLIST.pdf**
  145K
- **Ex. D - Portal Screenshot.pdf**
  109K

 LICENSE DIVISION

👤 Pluta, Matthew C. ▾

Home > Submitted

# Submitted

| Application ↑ | Application Status | Application Type | Renewal? | Modified On |
|---|---|---|---|---|
| CB2023 | Investigation | Concealed Carry | No | 5/7/2024 11:39 AM |

Copyright © 2024. All rights reserved.



**NYPD** LICENSE DIVISION                                    👤 Pluta, Matthew C. ▾

Home > Submitted

# Submitted

| Application ↑ | Application Status | Application Type | Renewal? | Modified On |
|---|---|---|---|---|
| CB2023▉▉▉▉▉ | Approved | Concealed Carry | No | 7/1/2024 5:00 PM |



POLICE DEPARTMENT
LICENSE DIVISION
1 POLICE PLAZA, ROOM 110A
NEW YORK, N.Y. 10038

The City of New York



NEW YORK NY 100
1 AUG 2024 PM 6 L



US POSTAGE — PITNEY BOWES
ZIP 10038　$ 000.69⁰
0000349494 AUG 01 2024

Matthew Pluta

10075-123265

FOR POLICE EMERGENCY ONLY    DIAL 911