

**Tom Yu <​>**

## Payment Receipt from NYC CityPay
1 message

**noreply@finance.nyc.gov** <noreply@finance.nyc.gov>　　　　Fri, Jul 21, 2023 at 10:20 AM
To:



# Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $346.80 |
| **Receipt Number:** | |
| **Transaction Date:** | 07/21/2023 10:20:09 AM |
| **Payment Type:** | VISA ************ |

Thank you for your order. This e-mail will serve as confirmation that your payment was received. Please do not reply to this e-mail.

Please keep this for your records.

| | |
|---|---|
| Handgun License Application Fee | $340.00 |

**Item Total:** $340.00
**Service Fee:** $6.80
**Payment Amount:** $346.80

 **Gmail**                                                                                    Tom Yu <████████>

## Handgun Submitted application
1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>                           Fri, Jul 21, 2023 at 10:21 AM
To: "Yu, Thomas" <████████>

Dear Yu, Thomas

The New York City Police Department License Division has received your application for Concealed Carry handgun license. Payment of your application fee was also received. Your application number is CB2023████.

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents). The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**
- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**
1 Police Plaza, Room 110A, New York, NY 10038

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division

 

Home > Submitted

# Submitted

| Application ↑ | Application Status | Application Type | Renewal? | Modified On |
|---|---|---|---|---|
| CB2023 | Investigation | Concealed Carry | No | 7/21/2023 10:35 AM |
| PR2018 | Approved | Premise Residence | No | 12/5/2018 12:26 PM |
| PR2021 | Approved | Premise Residence | Yes | 5/4/2021 8:52 AM |
| PR2023 | Approved | Premise Residence | Yes | 3/20/2024 11:24 AM |
| RS2018 | Approved | Rifle/Shotgun | No | 4/25/2019 2:34 PM |
| RS2022 | Approved | Rifle/Shotgun | Yes | 2/11/2022 8:19 AM |



Tom Yu <​███████████████​>

## Concealed carry permit
1 message

**Tom Yu** <​███████████████​>      Sun, Sep 24, 2023 at 9:17 AM
To: "GIBSON, KAI" <KAI.GIBSON@nypd.org>

Good morning Mr. Gibson,

I am currently a premise and rifle/shotgun permit folder and recently applied for my concealed carry permit two months ago.

I just wanted to get a general idea of time frame for the approval and issuance of the permit.

Thank you for your time.

Sincerely,

Thomas Yu


Mirel Fisch &lt;mirel@mfischlaw.com&gt;

## Thomas Yu - Application No. CB2023███

2 messages

---

**Mirel Fisch** &lt;mirel@mfischlaw.com&gt;                                                           Wed, Apr 10, 2024 at 2:00 PM
To: LicenseDivisionDesk@nypd.org, DG_LIC-HandgunNewApps@nypd.org, Hugh.bogle@nypd.org, Jason.Diaz@nypd.org
Bcc: Tom Yu &lt;███████████████&gt;

Good afternoon Insp. Bogle and Lt. Diaz:

I am writing on behalf of Thomas Yu, Application No. CB2023████9. Please see the attached letter regarding Mr. Yu's outstanding Concealed Carry handgun license application. After reviewing this letter, please immediately act upon the application as you are statutorily required to do.

Sincerely,
- Mirel

--
Mirel Fisch, Esq.
The Law Office of Mirel Fisch
2329 Nostrand Ave, Suite 100
Brooklyn, New York 11210
(929) 382-4933

 **Yu - outstanding Concealed Carry application.pdf**
119K

---

**Mirel Fisch** &lt;mirel@mfischlaw.com&gt;                                                           Wed, Apr 10, 2024 at 2:02 PM
To: LicenseDivisionDesk@nypd.org, DG_LIC-HandgunNewApps@nypd.org, Hugh.bogle@nypd.org, Jason.Diaz@nypd.org
Bcc: Tom Yu &lt;███████████████&gt;

As a follow-up to my previous email, the referenced exhibits are attached below.
[Quoted text hidden]

**3 attachments**

**Ex. A - Application Receipt.pdf**
165K

**Ex. B - City Pay.pdf**
127K

**Ex. C - NYPD portal status.pdf**
121K



## Fwd: CCW purchase 1/15/2025
1 message

---------- Forwarded message ---------
From: **Tom Yu**
Date: Wed, Jan 15, 2025, 19:16
Subject: CCW purchase 1/15/2025
To: GIBSON, KAI <KAI.GIBSON@nypd.org>

Good afternoon Mr. Gibson,

I apologize again for sending this directly, but I am still encountering errors sending the email to DG_LIC Purchaseorders@nypd.org, It was again kicked back to me.

Attached is my completed purchase authorization request form (for my second CCW purchase) along with the other required supporting documents.

Front/back of current CCW permit
(3) Pictures of the purchased handgun including serial number
Sales receipt
Transfer receipt
Pictures of safe opened/closed
Safe sales receipt

If there are any questions or concerns please let me know.

Thank you.

Sincerely,

Thomas Yu

--
"The only necessity for the triumph of evil is for good men to do nothing" -Edmund Burke

---

**11 attachments**



**Thomas Yu - CCW purchase 1-15-2025 picture3.jpg**
1670K


Thomas Yu - CCW purchase 1-15-2025 picture1.jpg
1455K


Thomas Yu - CCW purchase 1-15-2025 picture2.jpg
2044K


Thomas Yu-Safe open.jpg
181K


Thomas Yu-current CCW permit-front.jpg
669K


Thomas Yu-current CCW permit-back.jpg
1142K


**Thomas Yu-Safe closed.jpg**
724K

📄 **Thomas Yu CCW purchase 1-15-2025 Sales receipt.pdf**
162K

📄 **Thomas Yu CCW purchase 1-15-2025 completed PA request form.pdf**
1122K

📄 **Thomas Yu CCW purchase 1-15-2025 transfer receipt.pdf**
541K

📄 **Thomas Yu-Safe Purchase Receipt.pdf**
1713K



## Fwd: CCW purchase 1/15/2025
1 message

---------- Forwarded message ---------
From: **Tom Yu** <
Date: Fri, Jan 31, 2025, 16:10
Subject: CCW purchase 1/15/2025
To: <DG_LIC-Purchaseorders@nypd.org>

Good afternoon,

This will be my third attempt at emailing this address in hopes that my purchase authorization will be processed.

I have encountered errors sending the email to DG_LIC-Purchaseorders@nypd.org, It was previously kicked back to me twice

Attached is my completed purchase authorization request form (for my second CCW purchase) along with the other required supporting documents.

Front/back of current CCW permit
(3) Pictures of the purchased handgun including serial number
Sales receipt
Transfer receipt
Pictures of safe opened/closed
Safe sales receipt

If there are any questions or concerns please let me know.

Thank you.

Sincerely,

Thomas Yu

--
"The only necessity for the triumph of evil is for good men to do nothing" -Edmund Burke

---

**10 attachments**



**Thomas Yu - CCW purchase 1-15-2025 picture1.jpg**
1455K


2/28/25, 1:42 PM  Case 1:25-cv-01732-UA    Document 5-1  Mtn to Mail - Fwd: New CCW purchase  Filed 03/03/25    Page 10 of 12


Thomas Yu - CCW purchase 1-15-2025 picture3.jpg
1670K


Thomas Yu - CCW purchase 1-15-2025 picture2.jpg
2044K


Thomas Yu-current CCW permit-front.jpg
669K


Thomas Yu-current CCW permit-back.jpg
1142K


Thomas Yu-Safe closed.jpg
724K


https://mail.google.com/mail/u/1/?ik=de11a97d2c&view=pt&search=all&permthid=thread-f:1825186093345585996&simpl=msg-f:1825186093345585996    2/3


**Thomas Yu-Safe open.jpg**
181K

📄 **Thomas Yu CCW purchase 1-15-2025 transfer receipt.pdf**
541K

📄 **Thomas Yu CCW purchase 1-15-2025 completed PA request form.pdf**
1122K

📄 **Thomas Yu-Safe Purchase Receipt.pdf**
1713K

