# Gmail

Darren Zou <████████████>

**Payment Receipt # ███████ from NYC CityPay**

**noreply@finance.nyc.gov** <noreply@finance.nyc.gov>   Mon, Jun 17, 2024 at 9:40 PM
To: ████████

## Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $340.00 |
| **Receipt Number:** | ███████ |
| **Transaction Date:** | 06/17/2024 9:40:38 PM |
| **Payment Type:** | CHECK ****████ |

Thank you for your order. This e-mail will serve as confirmation that your payment was received. Please do not reply to this e-mail.

Please keep this for your records.

Handgun License Application Fee                                              $340.00

**Payment Amount: $340.00**

 **Gmail**      **Darren Zou** <​████████████████​>

# Handgun eCheck Initiated
1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>      Mon, Jun 17, 2024 at 9:41 PM
To: ████████████████

Dear ,      Reference # ████████

Our records indicate that you have initiated an application for a Concealed Carry handgun license. You authorized payment of the application fee through CityPay eCheck. Your payment is in "pending" status with your bank. Once your bank has completed processing of your payment, we will notify you through e-mail.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division

                                                                                    **Darren Zou** <​███████████​>

# Handgun Submitted application
1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>                                    Tue, Jul 9, 2024 at 3:07 PM
To: "Zou, Darren" <​███████████​>

Dear Zou, Darren

The New York City Police Department License Division has received your application for Concealed Carry handgun license. Payment of your application fee was also received. Your application number is CB2024█████.

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents).  The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**
- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**
1 Police Plaza, Room 110A, New York, NY 10038

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division

 Gmail

**Darren Zou &lt;...&gt;**

**Payment Receipt # ▇▇▇ from NYC CityPay**
1 message

**noreply@finance.nyc.gov** &lt;noreply@finance.nyc.gov&gt;  Tue, Oct 8, 2024 at 8:39 PM
To: ▇▇▇

## Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $142.80 |
| **Receipt Number:** | ▇▇▇ |
| **Transaction Date:** | 10/08/2024 8:39:23 PM |
| **Payment Type:** | VISA ***********▇▇▇ |

Thank you for your order. This e-mail will serve as confirmation that your payment was received. Please do not reply to this e-mail.

Please keep this for your records.

| | |
|---|---|
| Rifle/Shotgun Permit Application Fee | $140.00 |

**Item Total:** $140.00
**Service Fee:** $2.80
**Payment Amount:** $142.80

 **Gmail**　　　　　　　　　　　　　　　　　　　　　　　**Darren Zou** <███████████████>

# Rifle/Shotgun Submitted Application
1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>　　　　　　　　　　　Tue, Oct 8, 2024 at 8:40 PM
To: "Zou, Darren" ███████████████

Dear Zou, Darren

The New York City Police Department License Division has received your application for Rifle/Shotgun rifle/shotgun permit. Payment of your application fee was also received. Your application number is RS2024█████.

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents).  The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**
- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**

120-55 Queens Boulevard, Room B-11, Kew Gardens, NY 11424

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division



Darren Zou <████████████>

# NYPD FINGERPRINT APPOINTMENT
1 message

TAPIA, MARIBEL <MARIBEL.TAPIA@nypd.org>     Mon, Oct 21, 2024 at 6:05 PM
To: "Zou, Darren" <████████████>

## *****PLEASE READ THIS EMAIL CAREFULLY****

****************************************************************
**************************************************************

**THE LICENSE DIVISION/RIFLE SHOTGUN SECTION IS NOT RESPONSIBLE FOR UPLOADING ANY OF YOUR DOCUMENTS. YOU ARE RESPONSIBLE FOR UPLOADING ALL YOUR DOCUMENTS TO YOUR APPLICATION. THIS IS YOUR FIRST NOTIFICATION OF MISSING DOCUMENTS. ONCE YOUR INVESTIGATOR BEGINS PROCESSING YOUR APPLICATION AND YOU HAVE NOT UPLOADED ALL REQUIRED DOCUMENTS, YOUR APPLICATION WILL AUTOMATICALLY BE DISAPPROVED. YOU WILL ONLY BE ABLE TO RESCHEDULE YOUR APPLICATION TWICE; AFTER THE THIRD SCHEDULED NO-SHOW APPOINTMENT, YOUR APPLICATION(S) WILL BE VOIDED.**

****************************************************************
**************************************************************

YOUR FINGERPRINT APPOINTMENT HAS BEEN SCHEDULED FOR **MONDAY OCTOBER 28, 2024, 11:30AM. THESE FINGERPRINTS WILL GO TOWARDS ALL YOUR FIREARM APPLICATIONS.** WE ARE LOCATED AT 120-55 Queens Blvd, Kew Gardens, NY 11424 Room B-11.

WHEN YOU COME FOR YOUR FINGERPRINTING, PLEASE BRING YOUR **ORIGINAL** DRIVER'S LICENSE, SOCIAL SECURITY CARD **and** YOUR **ORIGINAL** U.S. BIRTH CERTIFICATE, GREEN CARD, NATURALIZATION PAPERS OR U.S. PASSPORT ALONG WITH YOUR FORM OF PAYMENTS – EITHER A DEBIT/CREDIT CARD VISA OR MASTERCARD ONLY FOR THE FINGERPRINT FEE WHICH IS $88.25. **FINGERPRINT AND APPLICATION FEES ARE NON-REFUNDABLE.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***YOU MUST UPLOAD ALL MISSING DOCUMENTS; BELOW IS A LIST OF ALL REQUIRED APPLICATION DOCUMENTS.** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*BELOW IS A COMPLETE LIST OF ALL REQUIRED APPLICATION DOCUMENTS; LOOK OVER THE LIST AND UPLOAD ANY LISTED DOCUMENTS THAT YOU HAVE NOT UPLOADED YET:*

1. **ARREST/CRIMINAL COURT SUMMONS DISPOSITIONS/ORDER OF PROTECTION/DOMESTIC INCIDENT REPORTS AND STATEMENTS – IF APPLICABLE TO YOU**

2. **COHABITANT FORM – MUST BE NOTARIZED**

3. **CURRENT SAFEGUARD PERSON'S NYS ID**

4. **U.S. BIRTH CERTIFICATE, U.S. PASSPORT, U.S. RESIDENCY DOCUMENT OR GREEN CARD (IF YOU HAVE A GREEN CARD AND THE DATE ON THE GREEN CARD SHOWS YOU HAVE BEEN IN THE U.S.A LESS THAN SEVEN (7) YEARS, YOU MUST PROVIDE A LETTER OF GOOD CONDUCT FROM YOUR COUNTRY OF BIRTH'S CONSULATE)**

5. **NYS DRIVER'S LICENSE**

6. **UTILITY BILL (CABLE BILL, CON EDISON BILL, NATIONAL GRID, LANDLINE PHONE BILL…)**

7. **SOCIAL SECURITY CARD**

8. **STATE, LOCAL OR OUT OF STATE PISTOL LICENSE (IF APPLICABLE).**

9. **DD214/MILITARY DISCHARGE (IF APPLICABLE)**

**10.** **PREMISE RESIDENCE APPLICATIONS ONLY REQUIRES TWO (2) NOTARIZED REFERENCE LETTERS; NOTARIZED REFERENCE LETTERS CANNOT BE FROM A FAMILY MEMBERS OR BLOOD RELATIVES:**

**THE AUTHOR OF EACH LETTER MUST BE A U.S. CITZEN.**

**LETTERS MUST STATE:**

- **THE AUTHORS FULL NAME**
- **ADDRESS**
- **PHONE NUMBER**
- **EMAIL ADDRESS**
- **LIST THE BEST TIME THEY CAN BE REACHED**

**THE LETTERS MUST ALSO STATE – THAT THEY HAVE KNOWN YOU FOR A MINIMUM OF 5 YEARS, YOU ARE OF GOOD MORAL CHARACTER AND THAT THEY ARE AWARE YOU ARE APPLYING FOR A GUN LICENSE.** PREMISE RESIDENCE APPLICANTS ARE NOT REQUIRED TO TAKE THE 18 HOUR COURSE.

**11.** **CONCEALED CARRY APPLICATIONS REQUIRE FOUR (4) NOTARIZED REFERENCE LETTERS; CANNOT BE FROM A FAMILY MEMBERS OR BLOOD RELATIVES:**

**THE AUTHOR OF EACH LETTER MUST BE A U.S. CITZEN.** **LETTERS MUST STATE:**

- **THE AUTHORS FULL NAME**
- **ADDRESS**
- **PHONE NUMBER**
- **E-MAIL ADDRESS**
- **LIST THE BEST TIME THEY CAN BE REACHED**

**THE LETTERS MUST ALSO STATE – THAT THEY HAVE KNOWN YOU FOR A MINIMUM OF 5 YEARS, YOU ARE OF GOOD MORAL CHARACTER AND THAT THEY ARE AWARE YOU ARE APPLYING FOR A GUN LICENSE.**

**12.      18 HOUR CERTIFICATE COURSE WHICH INCLUDES A TWO HOUR LIVE FIRE FROM A CERTIFIED FIRING RANGE** (REQUIRED ONLY FOR THE CONCEALED CARRY APPLICATION)

**13.      DMV LIFETIME DRIVING RECORD ABSTRACT (YOU CAN OBTAIN IT FROM THE DMV WEBSITE)**

https://dmv.ny.gov/dmv-records/get-my-own-driving-record-abstract

**14.      INTERVIEW PACKET (**ATTACHED –THIS IS A FILLABLE DOCUMENT

----**MUST BE COMPLETE & UPLOAD TO YOUR APPLICATION BEFORE YOUR FINGERPRINT APPOINTMENT)**

**15.      PHOTOGRAPH – IN JPEG**

*******************************************************************

UPLOAD TO:  **HTTPS://LICENSING.NYPDONLINE.ORG**

*INSTRUCTIONS TO UPLOAD DOCUMENTS TO THE WEBSITE:*

*1.  LOG ON TO THE ABOVE WEBSITE WITH YOUR USERNAME AND PASSWORD*

*CLICK ON      →→→→→→     SUBMITTED*

*2.  CLICK ON YOUR APPLICATION NUMBER*

 **CORDIALLY,**

LICENSE DIVISION

*RIFLE SHOTGUN SECTION*

*(718) 520-9300*

---

**2 attachments**


**_Interview - MUST BE COMPLETED & UPLOADED BEFORE FINGERPRINTING.pdf**
475K

**CHECKLIST SUMMARY_QUESTIONNAIRE_REFERENCE LETTER TEMPLATE_COHABITANT FORM AND ADD. DOCUMENTS.pdf**
382K

Home > Submitted

# Submitted

| Application ↑ | Application Status | Application Type | Renewal? | Modified On |
|---|---|---|---|---|
| CB2024▮ | Investigation | Concealed Carry | No | 11/16/2024 12:03 PM |
| RS2024▮ | Investigation | Rifle/Shotgun | No | 11/16/2024 12:05 PM |

**Gmail**  Darren Zou ▮▮▮▮▮▮▮▮▮▮ >

## Halp: Address change

**Darren Zou** ▮▮▮▮▮▮▮▮▮▮ >  Sat, Dec 21, 2024 at 11:30 AM
To: DG_LIC-HandgunNewApps@nypd.org

Hello,

My CCW application number is: CB2024▮▮▮▮
I just ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ moved into the home. Hence the change of address. I have uploaded the new co-inhabitants along with the address change form and a utility bill on the application portal for both CCW & R/S. Please let me know if I am missing anything.

Thanks,
Darren

2/27/25, 11:58 PM — mfischlaw.com Mail - Darren Zou - Application # CB2024...; RS2024...

Case 1:25-cv-01732-UA  Document 5-12  Filed 03/03/25  Page 13 of 18

# Gmail

Mirel Fisch <mirel@mfischlaw.com>

## Darren Zou - Application # CB2024[REDACTED]; RS2024[REDACTED]
1 message

**Mirel Fisch** <mirel@mfischlaw.com>  Mon, Jan 6, 2025 at 11:30 AM
To: LicenseDivisionDesk <LicenseDivisionDesk@nypd.org>, DG_LIC-HandgunNewApps <dg_lic-handgunnewapps@nypd.org>, DG_LIC-RS-NewApps@nypd.org, "BERKOVICH, NICOLE" <Nicole.Berkovich@nypd.org>, "BOGLE, HUGH" <Hugh.Bogle@nypd.org>, "DIAZ, JUAN" <Juan.Diaz@nypd.org>, "MCLAUGHLIN, TANEISHA" <Taneisha.Mclaughlin@nypd.org>, "HOSPEDALES, JARED" <Jared.Hospedales@nypd.org>, "WAKI, RYOTA" <Ryota.Waki@nypd.org>
Bcc: Darren Zou [REDACTED]

Good morning Director Berkovich, Insp. Bogle, Lt. Diaz, Lt. Mclaughlin, Lt. Hospedales, and Lt. Waki:

I am writing on behalf of Darren Zou, Application Nos. CB2024[REDACTED]; RS2024[REDACTED]. Please see the attached letter regarding Mr. Zou's outstanding Concealed Carry Handgun License application. After reviewing this letter, please immediately act upon the application as you are statutorily required to do.

Happy New Year!
- Mirel

--
Mirel Fisch, Esq.
The Law Office of Mirel Fisch
2329 Nostrand Ave, Suite 100
Brooklyn, New York 11210
(929) 382-4933

**8 attachments**

- Darren Zou - outstanding CB application.pdf — 130K
- Ex. A - Handgun eCheck Initiated.pdf — 103K
- Ex. B - Payment Receipt #[REDACTED] from NYC CityPay.pdf — 83K
- Ex. C - Handgun Submitted application.pdf — 126K
- Ex. D - Rifle_Shotgun Submitted Application.pdf — 137K
- Ex. E - Payment Receipt #C[REDACTED] from NYC CityPay.pdf — 129K
- Ex. F - NYPD FINGERPRINT APPOINTMENT.pdf — 373K
- Ex. G - Portal Screenshot - Submitted.pdf — 62K

 **LICENSE DIVISION**

 Zou, Darren

Home > Submitted

# Submitted

| Application ↑ | Application Status | Application Type | Renewal? | Modified On |
|---|---|---|---|---|
| CB2024▇▇▇ | Approved | CONCEALED CARRY | No | 1/9/2025 4:09 PM |
| RS2024▇▇▇ | Approved | Rifle/Shotgun | No | 1/9/2025 4:18 PM |

   **Darren Zou <​>**

## NYPD Firearms License Division - Application Determination
1 message

**WAKI, RYOTA** <RYOTA.WAKI@nypd.org>                                    Thu, Jan 9, 2025 at 4:11 PM
To: "Zou, Darren" <​>

Dear Applicant,

Attached please find the decision pertaining to your License Division application along with instructions regarding purchasing and registering your firearm(s).

Sincerely,

License Division

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act.

If you are not the intended recipient, please contact the sender and destroy all copies of this communication. Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSTIVE/FOR OFFICIAL USE ONLY.



📄 **APPROVAL LETTER-CB-Zou D.pdf**
636K

# Firearm Purchase Instructions

Dear Licensee,

In an effort to reduce the number of trips you need to make to the License Division, we have changed our license "issuing" process. Please use the conditional approval letter attached to go to a dealer and purchase your firearm of choice that is compliant with New York City specific rules and regulations.

- ❖ Acceptable firearm colors are: black, dark grey, dark green, silver, steel, or nickel. NYC Admin Code § 10-131(j)(1)
- ❖ You may only purchase a new firearm once every 90 days. NYC Admin Code § 10-302.1(a)

**THE DEALER WILL PROVIDE YOU WITH A BILL OF SALE, BUT WILL NOT RELEASE THE FIREARM TO YOU AT THIS TIME.**

**If you intend to purchase a firearm from other than a Firearm Dealer, inquire as to special procedures by email at: DG_LIC-Purchaseorders@nypd.org**

Once a pistol is purchased, you must email the License Division at: **DG_LIC-Purchaseorders@nypd.org** within **72 hours**, to request an appointment for license issuing.

Your email must include a copy/photograph of:

- The Receipt/Bill of Sale for the firearm's purchase
- A minimum of two (2) **color** photographs of the firearm that you purchased:
    - ❖ The first photograph must display the entirety of the firearm with accurate color representation,
    - ❖ The second photograph must legibly capture the serial number of the firearm.
- Proof of ownership of safe storage - Consisting of a Bill of Sale and two (2) color photos of the safe storage, depicting both the interior and exterior of the safe/container. Photos may not be stock images and must depict the entirety of the safe/container, not merely a portion thereof.

Once the above items are received, the License Division will contact you via email with instructions on how you will receive your license. Licenses will either be mailed or an appointment will be issued for in-person pick-up.

# License Issuing Instructions

Please arrive to your issuing appointment timely and bring the following items with you:

- Your government issued identification;
- Approval letter;
- Firearm bill-of-sale;
- A minimum of two (2) **color** photographs of the firearm that you purchased:
    - o The first photograph must display the entirety of the firearm with accurate color representation,
    - o The second photograph must legibly capture the serial number of the firearm.

At your appointment, we will print your license and list the firearm for which you have provided a bill of sale on the back of the license. We will also provide you with a "Purchase Authorization." After your license is issued, you must return to the dealer from whom you purchased the firearm, with your license, bill of sale, and purchase authorization, and they will release the firearm you previously bought to you.

**DO NOT BRING ANY FIREARMS OR AMMUNITION TO YOUR ISSUING APPOINTMENT!**

 Darren Zou

## Firearms Purchase

**Darren Zou <​>**  Fri, Jan 10, 2025 at 1:02 PM
To: DG_LIC-Purchaseorders@nypd.org

Hi!
My name: Darren Zou
CCW # : CB2024
Below are the pictures you requested.
Let me know if there's anything I need to do.

Thanks,
Darren

**6 attachments**

**INVOICE_RECEIPT.jpeg**
139K



**FIREARM_SERIAL.jpeg**
2263K



**SAFE_CLOSED.jpeg**
2620K




NICS.jpeg
2786K


SAFE_OPEN.jpeg
2976K


FIREARM_FULL.jpeg
2890K