

**NYPD** | LICENSE DIVISION

Bensinger, Menachem ▾

Home > Submitted

# Submitted

| Application ↑ | Application Status | Application Type | Renewal? | Modified On |
|---|---|---|---|---|
| PR2024 ███ | Approved | Premise Residence | No | 2/6/2025 2:05 PM |
| RS2023 ███ | Approved | Rifle/Shotgun | No | 4/1/2024 4:33 PM |

 **Gmail**

**menachem bensinger** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **>**

---

## Premise Interview

**menachem bensinger** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **>**          Tue, Dec 3, 2024 at 11:46 AM
To: "FIORE, ALBERT" <ALBERT.FIORE2@nypd.org>

Good morning and happy holidays, Officer Fiore. I'm checking on this license application; it's been under investigation for several months. Is there anything I can do to move this forward?

On Mon, Aug 19, 2024 at 8:07 AM FIORE, ALBERT <ALBERT.FIORE2@nypd.org> wrote:

I took care of print waiver and completed intake.

You still need to be assigned to an Investigator.

Inv. Fiore

---

**From:** menachem bensinger ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **>**
**Sent:** Tuesday, August 13, 2024 1:16 PM
**To:** FIORE, ALBERT <ALBERT.FIORE2@nypd.org>
**Subject:** Re: Premise Interview

Officer Fiore- I hope all is well. Following up on our below emails, I received email confirmation about my application and that the payment has posted. It's application number PR2024▓▓▓▓▓▓. Would you be so kind as to pull it from the "needs fingerprinting" file, as I've got my prints on record from my Shotgun/Rifle Permit?

Also, I know there's a several month wait for applications to be reviewed/processed, but as I mentioned to you when we first spoke, I already waited several months for a call-back (that never came) from that number on the NYPD licensing website (where it says "if you've got a permit already and are applying for another one, you must call this number and speak to us first."). So I'd very much appreciate anything that can be done to expedite my application.

If you need anything further from me, please let me know, and I'll handle it ASAP.

Thank you.
Menachem Bensinger

On Aug 2, 2024, at 7:36 AM, FIORE, ALBERT <ALBERT.FIORE2@nypd.org> wrote:

I can't make change until payment posts.
It takes 7-10 business days.

AF

---

**From:** menachem bensinger < ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ m>
**Sent:** Wednesday, July 31, 2024 12:59 PM
**To:** FIORE, ALBERT <ALBERT.FIORE2@nypd.org>
**Subject:** Re: Premise Interview

You don't often get email from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Learn why this is important

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.**  Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?**   Please report to this email address: reportphishing@nypd.org

Good afternoon Officer Fiore.  Per our discussion, I'm just letting you know that my application for the handgun premises permit has been submitted (it shows "Awaiting Payment" in the system, although I paid online yesterday).  It's application number █████████  I'd appreciate it if you can mark this application as not needing fingerprinting (since I've already got Shotgun Rifle Permit RS2024████).

Thank you again.
Menachem

On Tue, Jul 23, 2024 at 2:57 PM menachem bensinger <█████████████████████> wrote:
  Thank you Officer!  I will get on this and let you know when all is done.

  Menachem

On Tue, Jul 23, 2024 at 2:55 PM FIORE, ALBERT <ALBERT.FIORE2@nypd.org> wrote:
  Inv.Fiore

# M Gmail

**menachem bensinger** ███████████████████████ >

---

**Payment Receipt** ████████████ **from NYC CityPay**
1 message

---

**noreply@finance.nyc.gov** <noreply@finance.nyc.gov>                    Tue, Jul 30, 2024 at 8:24 AM
To: ██████████████████████

# Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $340.00 |
| **Receipt Number:** | ████████████ |
| **Transaction Date:** | 07/30/2024 8:24:35 AM |
| **Payment Type:** | CHECK *****████ |

Thank you for your order. This e-mail will serve as confirmation that your payment was
received. Please do not reply to this e-mail.

Please keep this for your records.

Handgun License Application Fee                                         $340.00

**Payment Amount: $340.00**

 **menachem bensinger** ███████████████████████

---

# Handgun eCheck Initiated
1 message

---

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>         Tue, Jul 30, 2024 at 8:25 AM
To: "Bensinger, Menachem M." ████████████████████████>

Dear Bensinger, Menachem M. ,        Reference #████████

Our records indicate that you have initiated an application for a Premise Residence handgun license. You authorized payment of the application fee through CityPay eCheck. Your payment is in "pending" status with your bank. Once your bank has completed processing of your payment, we will notify you through e-mail.

Sincerely,

Inspector Hugh Bogle
Commanding Officer
License Division

 Gmail

**menachem bensinger** ███████████████ >

# Handgun Submitted application
1 message

**NYPD-Work, SERVICE** <donotreplylicdiv@nypd.org>                    Tue, Aug 13, 2024 at 12:19 PM
To: "Bensinger, Menachem" ████████████████ >

Dear Bensinger, Menachem

The New York City Police Department License Division has received your application for Premise Residence handgun license. Payment of your application fee was also received. Your application number is PR2024██████.

Next Steps: You will be scheduled through e-mail to be fingerprinted. The fingerprint fee is $88.25 (eighty eight dollars and twenty five cents).  The fee must be paid by credit card, debit card or money order (Postal or U.S. Bank) payable to "New York City Police Department."

**Please bring**
- Fingerprint fee payment.
- A government-issued photo ID.
- Your Application Number and/or a copy of this email.
- Originals of all uploaded documents.

**Location**
1 Police Plaza, Room 110A, New York, NY 10038

**Government ID**
A government issued ID is required for access to the building and for fingerprinting.

Sincerely,

Inspector Hugh Bogle

Commanding Officer

License Division



**menachem bensinger <██████████████████>**

---

## NYPD Firearms License Division - Application Determination
1 message

---

**BOGLE, HUGH** <HUGH.BOGLE@nypd.org>                                    Thu, Feb 6, 2025 at 2:10 PM
To: "Bensinger, Menachem" <████████████████████>

Dear Applicant,

Attached please find the decision pertaining to your License Division application along with instructions regarding
purchasing and registering your firearm(s).


Sincerely,

License Division



CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the
designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this
communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the
Electronic Communications Privacy Act.

If you are not the intended recipient, please contact the sender and destroy all copies of this communication. Please treat this
and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSTIVE/FOR OFFICIAL USE
ONLY.

---



**PR Approval Letter with Instructions signed.pdf**
636K

# Firearm Purchase Instructions

Dear Licensee,

In an effort to reduce the number of trips you need to make to the License Division, we have changed our license "issuing" process. Please use the conditional approval letter attached to go to a dealer and purchase your firearm of choice that is compliant with New York City specific rules and regulations.

- ❖ Acceptable firearm colors are: black, dark grey, dark green, silver, steel, or nickel. NYC Admin Code § 10-131(j)(1)
- ❖ You may only purchase a new firearm once every 90 days. NYC Admin Code § 10-302.1(a)

**THE DEALER WILL PROVIDE YOU WITH A BILL OF SALE, BUT WILL NOT RELEASE THE FIREARM TO YOU AT THIS TIME.**

**If you intend to purchase a firearm from other than a Firearm Dealer, inquire as to special procedures by email at: DG_LIC-Purchaseorders@nypd.org**

Once a pistol is purchased, you must email the License Division at: **DG_LIC-Purchaseorders@nypd.org** within **72 hours**, to request an appointment for license issuing.

Your email must include a copy/photograph of:

- The Receipt/Bill of Sale for the firearm's purchase
- A minimum of two (2) **color** photographs of the firearm that you purchased:
    - ❖ The first photograph must display the entirety of the firearm with accurate color representation,
    - ❖ The second photograph must legibly capture the serial number of the firearm.
- Proof of ownership of safe storage - Consisting of a Bill of Sale and two (2) color photos of the safe storage, depicting both the interior and exterior of the safe/container. Photos may not be stock images and must depict the entirety of the safe/container, not merely a portion thereof.

Once the above items are received, the License Division will contact you via email with instructions on how you will receive your license. Licenses will either be mailed or an appointment will be issued for in-person pick-up.

# License Issuing Instructions

Please arrive to your issuing appointment timely and bring the following items with you:

- Your government issued identification;
- Approval letter;
- Firearm bill-of-sale;
- A minimum of two (2) **color** photographs of the firearm that you purchased:
    - o The first photograph must display the entirety of the firearm with accurate color representation,
    - o The second photograph must legibly capture the serial number of the firearm.

At your appointment, we will print your license and list the firearm for which you have provided a bill of sale on the back of the license. We will also provide you with a "Purchase Authorization." After your license is issued, you must return to the dealer from whom you purchased the firearm, with your <u>license</u>, <u>bill of sale</u>, and <u>purchase authorization</u>, and they will release the firearm you previously bought to you.

**DO NOT BRING ANY FIREARMS OR AMMUNITION TO YOUR ISSUING APPOINTMENT!**

 Gmail

menachem bensinger ▇▇▇▇▇▇▇ >

# Menachem M. Bensinger, License #PR2025▇▇

1 message

**menachem bensinger** ▇▇▇▇▇▇▇▇▇▇ >                               Wed, Feb 12, 2025 at 2:37 PM
To: DG_LIC-Purchaseorders@nypd.org
Cc: NICOLE.BERKOVICH@nypd.org

Good afternoon. I'm writing to request that you issue my premises license. Attached please find the required pictures of the firearm and bill of sale. Thank you in advance.

Menachem M. Bensinger

---

**5 attachments**


**image0.jpeg**
142K


**image1.jpeg**
205K


**image2.jpeg**
109K



**image3.jpeg**
100K



**image4.jpeg**
120K

## Menachem Bensinger

| | |
|---|---|
| **From:** | Menachem Bensinger |
| **Sent:** | Friday, February 21, 2025 9:11 AM |
| **To:** | BERKOVICH, NICOLE; BOGLE, HUGH |
| **Subject:** | RE: Premise Residence Application #PR2024██████ |

Good morning, Nicole.

On February 6, you represented that "Whether the license is timely issued is entirely dependent on whether you follow the instructions attached to your notice of approval. To date, there is no record of you submitting information for the firearm which you wish to have registered to your license." You also offered to "better assist" me as soon as my information was submitted. Yet it's been almost ten days since I submitted all the referenced information, about which you were noticed (on the day I submitted it), and you have not since responded to any emails or multiple calls (I called you on three consecutive days this week). And, of course, I <u>still</u> do not have my license, well after the statutory penal period.

Nicole, the Courts like to see an effort to "meet and confer" before bringing issues to their attention. I gave you the courtesy of attempting to resolve things with your department without Court intervention. This seems to have failed. If I don't hear back from you today (you may email or return my many calls), I will assume that your offer to "better assist" was mere platitude (and a misleading one at that).

All rights reserved.

Menachem M. Bensinger, Esq.
McGrail & Bensinger LLP
888-C 8th Avenue, #107
New York, New York 10019
████████████

www.McGrailBensinger.com

---

**From:** Menachem Bensinger
**Sent:** Wednesday, February 19, 2025 10:07 AM
**To:** BERKOVICH, NICOLE <NICOLE.BERKOVICH@nypd.org>
**Cc:** BOGLE, HUGH <HUGH.BOGLE@nypd.org>
**Subject:** RE: Premise Residence Application #PR2024██████

Good morning, Nicole. Following up. It's now seven days past the statutory deadline.

Menachem M. Bensinger, Esq.
McGrail & Bensinger LLP
888-C 8th Avenue, #107
New York, New York 10019
████████████

www.McGrailBensinger.com

---

**From:** Menachem Bensinger
**Sent:** Tuesday, February 18, 2025 9:56 AM
**To:** BERKOVICH, NICOLE <NICOLE.BERKOVICH@nypd.org>

1

**Cc:** BOGLE, HUGH <HUGH.BOGLE@nypd.org>
**Subject:** Re: Premise Residence Application #PR2024█████

Good morning, Nicole. I hope you had a nice holiday weekend.

As you know from the below, my documents were submitted six days ago, and I still have not received my license. We are now six days past the statutory penal period for the city to issue the license.  Please advise as to status.

Thank you.
Menachem M. Bensinger, Esq.

On Feb 12, 2025, at 2:39 PM, Menachem Bensinger ████████████████████ wrote:

Good afternoon, Nicole. I just submitted the required pictures and information regarding the firearm I'd like associated with my license, and I copied you on that email. Thank you in advance for your assistance.

Menachem M. Bensinger, Esq.

On Feb 6, 2025, at 11:32 PM, BERKOVICH, NICOLE <NICOLE.BERKOVICH@nypd.org> wrote:

Dear Mr. Bensinger,

Whether the license is timely issued is entirely dependent on whether you follow the instructions attached to your notice of approval. To date, there is no record of you submitting information for the firearm which you wish to have registered to your license. Pursuant to New York State Penal Law 400.00(7) "A license to carry or possess a pistol or revolver shall specify the weapon covered by calibre, make, model, manufacturer's name and serial number"

Feel free to let me know when you submit the required information so that I can better assist you.

Sincerely,

Nicole Berkovich
Director, License Division
New York City Police Department
One Police Plaza, Room 110A
New York, NY 10038
Office: (646) 610-6485
nicole.berkovich@nypd.org

CONFIDENTIALITY NOTICE: This email and any attachments may contain CONFIDENTIAL and PRIVILEGED information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use, disclosure or distribution of it or its

## Menachem Bensinger

**From:**         Menachem Bensinger
**Sent:**         Monday, February 24, 2025 8:09 AM
**To:**           BOGLE, HUGH
**Subject:**      Premise License PR2025 ████

Good morning Mr. Bogle.  My name is Menachem M. Bensinger, and I'm a NY attorney who has been waiting for almost two weeks for my license to arrive in the mail, with it being two weeks past the 6-month deadline for the NYPD to deal with this problem.  I have emails from Nicole saying that she will "assist", but she has not responded to calls or emails in about 12 days.  I'd prefer not to bring this to the Courts through an Article 78 proceeding, but I need some assistance.  Please let me know.

Thank you.

Menachem M. Bensinger, Esq.
McGrail & Bensinger LLP
888-C 8th Avenue, #107
New York, New York 10019
████████

www.McGrailBensinger.com

1