IH-32                                                                                                Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

Full Caption of Later Filed Case:

Robert P. Milani, Paysach A. Burnes,
Jason M. Tsulis, Alex Bien-Aime, Shawn
W. Eng, Matthew C. Pluta, Thomas Yu,
Darren Zou, Menachem M. Bensinger

|                Plaintiff                |     Case Number     |
|                                         |                     |
|                  vs.                    |     25-cv-1732      |
|  New York City                          |                     |
|                                         |                     |
|                Defendant                |                     |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

STUART MEISSNER, JONATHAN
ZERON, JAMES E. ALEMAN, JR. and
STEVEN J. SILVESTRO and others
similarly situated

|                Plaintiff                |     Case Number     |
|                                         |                     |
|                  vs.                    |     23-cv-1907      |
| THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, THE NEW YORK CITY POLICE DEPARTMENT LICENSE DIVISION, KEECHANT L. SEWELL, POLICE COMMISSIONER OF THE CITY OF NEW YORK, NICOLE BERKOVICH, DIRECTOR OF THE NEW YORK CITY POLICE DEPARTMENT LICENSE DIVISION | |
|                Defendant                |                     |

IH-32                                                                                                          Rev: 2014-1

## Status of Earlier Filed Case:

| | |
|---|---|
| ☐ Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| ☑ Open | (If so, set forth procedural status and summarize any court rulings.) |

Defendants initially filed an Answer. The Court then inquired as to whether the NY Attorney General wanted to intervene, and the Attorney General elected to do so. The City and State then filed respective motions to dismiss the fifth claim (allegation violations of the Full Faith and Credit Clause). Those motions are still pending.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

I do not believe the cases technically meet the standard for relatedness, and only intended to alert the Court that a similar issue was previously raised - perhaps I was being overly cautious. Accordingly, I had not completed the relatedness section in the initial Civil Cover Sheet - DE 2. Given the Notices on the docket to re-file the Civil Cover Sheet and to submit a Related Case Statement, I am explaining the circumstances here.

In this case, Plaintiffs' sole claim is a Second Amendment Monell claim given the City's policy and practice of excessively and unnecessarily delaying processing firearms license applications and issuing licenses to those applicants who were approved.

The earlier case raised five claims, the first four of which touch upon similar issues raised here - namely delays in processing firearms license applications. (The fifth claim - based upon the Full Faith and Credit Clause is entirely unrelated). As to the first four claims - they also touch upon several additional issues not raised in this case here. Additionally,  while the first claim addresses, in part, Plaintiffs' claim raised here, it also touches on the issue under different theories, such as the failure to train and equal protection. The second, third, and fourth claims also raised the issue, but under entirely different theories - the failure to train (second claim), and due process (third and fourth claims).

The earlier case requested class certification, which Plaintiffs did not request here. The earlier case also named individual defendants and asserted that qualified immunity does not apply. Here, Plaintiffs only named the City. The earlier case also requested declaratory and injunctive relief as well as punitive damages, which Plaintiffs did not request here.

Signature: _Mirel Fisch_____    Date: 3/3/25_____

Firm: The Law Office of Mirel Fisch

_____