```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
ROBERT P. MILANI, et al.,                 :
                                          :
                         Plaintiffs,      :   25cv1732(DLC)
              -v-                         :
                                          :       ORDER
NEW YORK CITY,                            :
                                          :
                         Defendant.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby,

ORDERED that the initial pretrial conference is adjourned to **May 29, 2025 at 3:00 p.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:   New York, New York
         May 1, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge