

**T**HE **C**ITY OF **N**EW **Y**ORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**NICHOLAS R. CIAPPETTA**
(212) 356-4036
nciappet@law.nyc.gov

May 14, 2026

<u>**BY ECF**</u>
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>Milani, Robert P., et al. v. New York City</u>, 25-CV-1732 (DLC)(KMP)

Your Honor:

I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York.  I submit this joint letter-motion, pursuant to Section 1(D) of Your Honor's Individual Practices in Civil Cases, on behalf of the City of New York and Plaintiffs, to seek a four (4) month extension of the time within which to conduct fact discovery, and a corresponding extension of the current summary judgment briefing schedule.

In this case, the nine individually-named Plaintiffs bring this action to assert Second Amendment claims with respect to the length of the New York City Police Department License Division's approval process for their handgun licenses.  Specifically, Plaintiffs argue that the License Division's delays in processing firearm license applications are "excessive, unreasonable, and unjustifiable."  Docket Entry No. 5, Complaint at ¶ 1.  Plaintiffs ask the court to award them compensatory damages and attorneys' fees.

Following a pretrial conference held pursuant to Federal Rule of Civil Procedure 16 on June 6, 2025, Your Honor issued a Pretrial Scheduling Order governing the conduct of pretrial proceedings in this case.  <u>See</u> Docket Entry No. 19.  That Pretrial Scheduling Order was modified and extended upon the request of the parties.  <u>See</u> Docket Entry No. 32.  The parties now request a second extension and modification of the Pretrial Scheduling Order to complete discovery; good cause exists for this request.

Since the issuance of the Pretrial Scheduling Order, the parties, among many other things detailed in the parties' first letter-motion seeking to extend the time to complete fact discovery (Docket Entry No. 31), exchanged document requests and interrogatory demands (and responses thereto) and produced paper documents, Excel spreadsheets, and electronic

documents. Additional time, however, is necessary to complete the Defendants' document production and for both sides to take depositions. The City's document review is a laborious process as it requires the extraction of data from the NYPD License Division's own unique database ("ARMS") that tracks the processing and determination of every application to possess firearms. This database was not created and designed to facilitate the collection of documents in response to requests for the production of documents. Personnel from the License Division must take hundreds of screenshots of the pages related to each of the nine Plaintiffs' applications. These screenshots then need to be reviewed and redacted by counsel for the City. Given the nature of the information, redactions are necessary on most of the screenshots, making the document review process lengthy. This process is approximately 50% complete. Defendants also need to review and produce emails generated through the ARMS database. Defendants are producing documents on a rolling basis, and have made at least three productions to date comprising thousands of pages of documents.

For all of the reasons discussed in the above paragraph, the parties respectfully request a six (4) month extension of the time within which to conduct fact discovery and the other outstanding deadlines set forth in the Pretrial Scheduling Order. This is the second request by the parties for additional time to complete fact discovery.

| Topic | Current Deadline (Docket No. 19) | First Extension | Second Proposed Extension |
|---|---|---|---|
| Fact Discovery | December 19, 2025 | May 19, 2026 | September 18, 2026 |
| Plaintiffs' motion for summary judgment | January 30, 2026 | July 30, 2026 | November 30, 2026 |
| Defendant's opposition and any cross-motion for summary judgment | February 20, 2026 | August 20, 2026 | December 21, 2026 |
| Plaintiffs' reply and opposition | March 6, 2026 | September 4, 2026 | January 4, 2027 |
| Defendant's reply | March 20, 2026 | September 18, 2026 | January 19, 2027 |
| Joint Pretrial Order (in the event no motion for summary judgment is filed) | January 30, 2026 | July 30, 2026 | November 30, 2026 |

Thank you in advance for your consideration of this matter.

2

Respectfully,

/s/

Nicholas R. Ciappetta
Assistant Corporation Counsel