Case 1:25-cv-01732-DLC Document 37 Filed 11/13/26 Page 1 of 2

The Law Office of Mirel Fisch
2329 Nostrand Ave, Suite 100 • Brooklyn, NY 11210
Phone: (929) 382-4933 • Email: mirel@mfischlaw.com

November 13, 2026

Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.
Denise Cote
11/20/26

**Re: Milani, et al. v. New York City**
**25-cv-1732 (DLC)**

Dear Judge Cote:

I represent the Plaintiffs in the above-referenced matter. I write jointly on behalf of all parties to respectfully request a one-month extension of the summary-judgment briefing schedule so that Plaintiffs' motion would be due December 30, 2026, rather than November 30, 2026, with each subsequent briefing deadline extended by the same period.

The parties are mindful that the Court has directed that the November 30 dates remain firm, both when it granted the parties' second extension request (ECF No. 34) and when it permitted the parties to extend discovery on consent (ECF No. 36). The parties have worked hard to keep to that schedule and have made substantial progress. The parties cannot, however, prepare the summary judgment motions on the current record. Numerous documents requested during the depositions remain outstanding, two depositions have not yet been completed, and the transcripts of the most recent depositions have not yet been received.

**The parties worked cooperatively and efficiently.** In approximately two and a half months, from August 25 through November 4, 2026, the parties took 21 days of depositions of 17 witnesses: all nine Plaintiffs and eight City witnesses, including the City's Rule 30(b)(6) designee. Counsel coordinated scheduling throughout and rescheduled several dates to accommodate the witnesses' availability, without the Court's involvement. Since my September 11 letter, the parties have taken the following depositions:

- September 14 – Plaintiff Robert Milani
- September 15 – Police Officer Samantha Imbembo
- September 23 – Plaintiff Paysach Burnes
- September 24 and October 7 – Plaintiff Matthew Pluta
- September 28 – Investigator Paul Kim
- October 6 and October 16 – Investigator Shannara Feliciano
- October 9 – Senior Police Administrative Aide Pamella Dadaille
- October 13 – Investigator Jacqueline Hosang
- October 27 and November 2 – Rule 30(b)(6) designee, License Division Director Nicole Berkovich

- November 2 – Director Berkovich, individually (begun; not concluded)
- November 4 – Police Officer Mark Bernard (begun; not concluded)

**The summary-judgment record is not yet complete.** As anticipated in my September 11 letter, both sides requested numerous documents during the depositions, some of which have not yet been produced, and the parties are working together to complete that exchange.

Director Berkovich's individual deposition and Officer Bernard's deposition, which began on November 2 and November 4, respectively, will be completed together on a single day once the Form 49s are produced, since the remaining questioning of Director Berkovich depends on them.

Separately, the parties have not yet received the transcripts of Director Berkovich's Rule 30(b)(6) testimony (October 27 and November 2), her individual testimony (November 2), or Officer Bernard's testimony (November 4).

**A short extension will allow both sides to brief on a complete record.** One month tracks the time needed to complete these items. It will allow Plaintiffs' motion papers, and the City's opposition and cross-motion, to rest on the same complete record, and will avoid later requests by either side to supplement its papers.

Each of the parties' three prior requests (ECF Nos. 31, 33, 35) sought additional time to complete fact discovery, and the summary-judgment dates were adjusted only as a consequence of the discovery extensions. The Court granted the first two requests (ECF Nos. 32, 34) and, in response to the third, permitted the parties to extend discovery on consent while keeping the November 30 dates (ECF No. 36). This is the first request made specifically to allow time to prepare the summary-judgment motion papers. It does not ask the Court to extend discovery; it seeks only enough additional time for the parties to prepare their motions on a complete record. The parties propose the following revised schedule:

- Plaintiffs' motion: December 30, 2026 (currently November 30, 2026)
- Defendant's opposition and cross-motion: January 21, 2027 (currently December 21, 2026)
- Plaintiffs' reply and opposition: February 4, 2027 (currently January 4, 2027)
- Defendant's reply: February 19, 2027 (currently January 19, 2027)

The parties respectfully submit that good cause exists for the requested extension.

Thank you for the Court's consideration.

Respectfully,

Mirel Fisch

CC: Counsel for Defendant via ECF